**EXHIBIT C**

# COURTESY NOTICE

February 28, 2020

Ling Zhou & Fenglin Du
4510 Devonshire Street
Sugarland TX 77479

Re: Parkstone Property Owners ' Association, Inc.
Property: 2105 Real Catorce
Violation: Vehicle Parking - Parking on Street
Location: Front

Dear Ling Zhou

As the owner of the above captioned property it is your responsibility to comply with the Conditions, Covenants, and Restrictions (CCR's) and rules and regulations concerning the association. Please accept this letter as a friendly reminder that you are in violation of the CCR's and/or rules and regulations as follows:

**Comments:** Owners should minimize instances of street parking for the safety and aesthetics of the community, but please keep in mind that parking outside of the garage or driveway (for instance, street parking) is prohibited in the deed restrictions for periods of more than 12 hours. SeqNo: Courtesy Notice Comment on Letter: 2019.12.13 . Owners should minimize instances of street parking for the safety and aesthetics of the community, but please keep in mind that parking outside of the garage or driveway (for instance, street parking) is prohibited in the deed restrictions for periods of more than 12 hours. VID: 970150

The Board, acting on behalf of all the owners, sets the policy to enforce the CCR's and rules and regulations in order to preserve and enhance property values.

Your cooperation in curing any existing violations and preventing future violations is greatly appreciated.

Thank you in advance for your help in preserving the integrity of Parkstone Property Owners ' Association, Inc..  If you have any questions concerning this notice please contact the inspector by email at compliance@goodwintx.com or phone at (512) 502-2115.

Sincerely,
Goodwin & Company
Agent for Parkstone Property Owners ' Association, Inc.

<div style="border:1px solid black; padding:10px; text-align:center;">

**Parkstone Property Owners' Association, Inc.**
c/o Goodwin and Company
11149 Research, Suite 100, Austin, TX 78759-5227
Voice (512) 502-7518 fax (512) 346-4873
alice.english@goodwintx.com

</div>

March 11, 2020

Ling Zhou and Fenglin Du.                     via certified mail and email
4510 Devonshire St                            lingzhou2001@hotmail.com; fenglindu@hotmail.com
Sugarland Texas 77479-3802


Re: Notice of violations, Parkstone Property Owners' Association, Inc.

Dear Ling and Fenglin:

This is to notify you of violations of the dedicatory instruments of the Parkstone Property Owners' Association, Inc. involving parking and exterior lighting.

One of the primary roles of the Association is to help ensure that all residents abide by the deed restrictions in the community. We are sending this letter in hopes that you will cure these violations in a timely manner and bring your lot into compliance. You may cure this violation and avoid fines or further enforcement action by, no later than March 15th, 2020:

1) permanently ensuring that all resident and guest parking at your home is performed in accordance with the restrictions, including that no car may be parked on the street for a duration of more than 12 hours, and traffic signs must be obeyed. Relevant sections of the community rules are attached to this letter for reference.
2) removing the unauthorized exterior lighting in the back yard.

Exterior lights have been installed recently and are in use (string lights and single lights including one with a red hue), but were not submitted for approval as required by the restrictions, and are excessively bright and unduly burdensome for the surrounding neighbors. The declaration requires all improvements, expressly including exterior lighting fixtures and equipment, (see §§1.12 and 2.16) to be approved prior to installation. It further prohibits (§ 2.8) uses of the property that are detrimental to others' use of the property or that constitute a nuisance. The lights are very bright and are typically left on all night. If you would like to submit plans for consideration for alternate exterior lighting you are welcome to do so.

Failure to cure by the deadlines noted above may result in fines and/or further enforcement action. Fines may be levied in accordance with the association's fine schedule, also attached for reference. In short, initial fine(s) would be $25/violation, with increasing fines should the violation continue.

**State Law Notice:** If you are currently serving on active military duty, you may be entitled to special rights of relief related to this enforcement action under federal law, including the Servicemembers Civil Relief Act. You may request a hearing before the Association's board of directors to discuss and verify facts related to this violation in an attempt to resolve this matter. Any such request must be submitted in writing to our office within 30 days of the date of this letter. If you do not cure the violation by the deadline noted above, attorneys' fees and other enforcement costs may be assessed to your account in accordance with state law.

On behalf of the association we thank you in advance for your assistance in resolving this matter.


Sincerely,

Alice English, Goodwin Management, managing agent

**Portions of restrictions related to parking:**

<u>Street parking time limitation</u>.  No vehicle (including motorcycles and scooters) may be parked or left on any portion of the Property[1] for longer than 12 hours at a time.  In other words there is a 12-hour time limit for any vehicle to be parked on a street anywhere on the Property; moving a car to a different portion of the street within the property does not re-start the 12-hour clock.

<u>Traffic signs</u>.  Residents must respect all street traffic signs in the neighborhood (for example all vehicles must fully stop at stop signs and abide by any posted speed limit).

<u>No parking areas</u>.  No parking is allowed within 20 feet of a street corner, within 15 feet of a fire hydrant, or within 30 feet of a stop or yield sign.  Vehicles parked on the street must be parked no further than 18" from the curb.


**Fine schedule**
*(Per the fine policy, the Board may vary from this schedule on a case-by-case basis (i.e., set fines higher or lower than indicated below), so long as that decision is based upon the facts surrounding that particular violation)* :

    A.  209 Violation Notice:    $25.00 fine*
         If the violation remains uncured/re-occurs after the initial fine(s):

    B.  Subsequent Violation Notices:    $50.00 fine*;
         $100.00 fine*;
         $125.00 fine*;
         (Increases $25.00 for each additional notice).

*Per violation.  In the case of a parking violation, each vehicle and each instance of violation after the deadline to cure is a separate violation.  In the case of a lighting violation, each day the unapproved lighting remains past the deadline to cure is a separate violation.

---

[1] This 12-hour limitation does not apply to vehicles parked or left in a driveway or garage.  The "Property" per the Declaration means all property in the Parkstone neighborhood – including streets and other common areas.

**Parkstone Property Owners' Association, Inc.**
c/o Goodwin and Company
11149 Research, Suite 100, Austin, TX 78759-5227
Voice (512) 502-7518 fax (512) 346-4873
alice.english@goodwintx.com

Certified Article Number

9414 7266 9904 2162 7039 78

SENDER'S RECORD

March 18, 2020

Ling Zhou and Fenglin Du.
4510 Devonshire St
Sugarland Texas 77479-3802

via certified mail and email
lingzhou2001@hotmail.com; fenglindu@hotmail.com

Re: Notice of additional violations, Parkstone Property Owners' Association, Inc. 2105 Real Catorce

Dear Ling and Fenglin:

This is in follow up to our prior notice of March 11, 2020 related to violations of the dedicatory instruments of the Parkstone Property Owners' Association, Inc. involving parking and exterior lighting.

In that letter you were provided opportunity to address ongoing violations and to avoid fines and further enforcement action by, no later than March 15th, 2020:

1) permanently ensuring that all resident and guest parking at your home is performed in accordance with the restrictions, including that no car may be parked on the street for a duration of more than 12 hours, and traffic signs must be obeyed. Relevant sections of the community rules are attached to this letter for reference.
2) removing the unauthorized exterior lighting in the back yard.

Since March 15th however there have been seven instances ofd parking violations for longer than the 12-hour maximum time period. Fines of $25/violation have been assessed, for a total of $175. Should further violations continue and additional notifications be required, fines will increase to $50 per violation, with continued increases per the attached schedule.

On behalf of the association we thank you in advance for your assistance in resolving this matter.

Sincerely,

*Alice English, Goodwin Management, managing agent*

**Parkstone Property Owners' Association, Inc.**
c/o Goodwin and Company
11149 Research, Suite 100, Austin, TX 78759-5227
Voice (512) 502-7518 fax (512) 346-4873
alice.english@goodwintx.com

March 27, 2020

Ling Zhou and Fenglin Du      via certified mail and email
4510 Devonshire St.     lingzhou2001@hotmail.com; fenglindu@hotmail.com
Sugarland, Texas 77479-3802

Re: Notice of additional violations, Parkstone Property Owners' Association, Inc. 2105 Real Catorce

Dear Ling and Fenglin:

This is in follow up to our prior notices of March 11 and March 18, 2020 related to violations of the dedicatory instruments of the Parkstone Property Owners' Association, Inc. involving parking and exterior lighting.

In the March 11th letter you were provided opportunity to address ongoing violations and to avoid fines and further enforcement action by, no later than March 15th, 2020:

1) permanently ensuring that all resident and guest parking at your home is performed in accordance with the restrictions, including that no car may be parked on the street for a duration of more than 12 hours, and traffic signs must be obeyed. Relevant sections of the community rules are attached to this letter for reference.
2) removing the unauthorized exterior lighting in the back yard.

Since March 15th however there have been seven instances of parking violations for longer than the 12-hour maximum time period. You were notified in the March 18th letter of ongoing parking violations. Unfortunately both parking and lighting violations continue. Fines of $50/violation have been assessed for 43 parking violations ($2,150), and $25/violation have been assessed for five lighting violations ($125), for a total of $2,275. Should further violations continue and additional notifications be required, fines will increase per the attached schedule.

On behalf of the association we thank you in advance for your assistance in resolving this matter.

Sincerely,

Alice English, Goodwin Management, managing agent

Certified Article Number
9414 7266 9904 2162 7039 85
SENDER'S RECORD

# Portions of restrictions related to parking:

Street parking time limitation. No vehicle (including motorcycles and scooters) may be parked or left on any portion of the Property[1] for longer than 12 hours at a time. In other words there is a 12-hour time limit for any vehicle to be parked on a street anywhere on the Property; moving a car to a different portion of the street within the property does not re-start the 12-hour clock.

Traffic signs. Residents must respect all street traffic signs in the neighborhood (for example all vehicles must fully stop at stop signs and abide by any posted speed limit).

No parking areas. No parking is allowed within 20 feet of a street corner, within 15 feet of a fire hydrant, or within 30 feet of a stop or yield sign. Vehicles parked on the street must be parked no further than 18" from the curb.

# Fine schedule
*(Per the fine policy, the Board may vary from this schedule on a case-by-case basis (i.e., set fines higher or lower than indicated below), so long as that decision is based upon the facts surrounding that particular violation)* :

    A. 209 Violation Notice: $25.00 fine*
        If the violation remains uncured/re-occurs after the initial fine(s):

    B. Subsequent Violation Notices: $50.00 fine*;
                                            $100.00 fine*;
                                            $125.00 fine*;
                                            (Increases $25.00 for each additional notice).

*Per violation. In the case of a parking violation, each vehicle and each instance of violation after the deadline to cure is a separate violation. In the case of a lighting violation, each day the unapproved lighting remains past the deadline to cure is a separate violation.

---

[1] This 12-hour limitation does not apply to vehicles parked or left in a driveway or garage. The "Property" per the Declaration means all property in the Parkstone neighborhood – including streets and other common areas.

**Parkstone Property Owners' Association, Inc.**
c/o Goodwin and Company
11149 Research, Suite 100, Austin, TX 78759-5227
Voice (512) 502-7518 fax (512) 346-4873
alice.english@goodwintx.com

Certified Article Number
9414 7266 9904 2162 7040 67
SENDER'S RECORD

April 6, 2020

Ling Zhou and Fenglin Du.         via certified mail and email
4510 Devonshire St                lingzhou2001@hotmail.com; fenglindu@hotmail.com
Sugarland Texas 77479-3802

Re: Notice of additional violations, Parkstone Property Owners' Association, Inc. 2105 Real Catorce

Dear Ling and Fenglin:

This is in follow up to our prior notices related to violations of the dedicatory instruments of the Parkstone Property Owners' Association, Inc. involving parking and exterior lighting.

In the most recent prior letter, March 27, 2020, you were informed of ongoing violations and notified that should they not be remedied fines would continue to accrue. The violations in question again could be cured by:

1) permanently ensuring that all resident and guest parking at your home is performed in accordance with the restrictions, including that no car may be parked on the street for a duration of more than 12 hours, and traffic signs must be obeyed. Relevant sections of the community rules are attached to this letter for reference.
2) removing the unauthorized exterior lighting in the back yard.

There have been 30 further parking violations noted. Per the fining schedule, fines of $100/violation are now levied, for a total of $3,000 in fines levied for these 30 violations. Should further violations continue and additional notifications be required, fines will increase per the attached schedule.

    On behalf of the association we thank you in advance for your assistance in resolving this matter.


Sincerely,

Alice English, Goodwin Management, managing agent

## Portions of restrictions related to parking:

<u>Street parking time limitation</u>. No vehicle (including motorcycles and scooters) may be parked or left on any portion of the Property[1] for longer than 12 hours at a time. In other words there is a 12-hour time limit for any vehicle to be parked on a street anywhere on the Property; moving a car to a different portion of the street within the property does not re-start the 12-hour clock.

<u>Traffic signs</u>. Residents must respect all street traffic signs in the neighborhood (for example all vehicles must fully stop at stop signs and abide by any posted speed limit).

<u>No parking areas</u>. No parking is allowed within 20 feet of a street corner, within 15 feet of a fire hydrant, or within 30 feet of a stop or yield sign. Vehicles parked on the street must be parked no further than 18" from the curb.

## Fine schedule
*(Per the fine policy, the Board may vary from this schedule on a case-by-case basis (i.e., set fines higher or lower than indicated below), so long as that decision is based upon the facts surrounding that particular violation)* :

    A. 209 Violation Notice:     $25.00 fine*
        If the violation remains uncured/re-occurs after the initial fine(s):

    B. Subsequent Violation Notices:     $50.00 fine*;
                                                    $100.00 fine*;
                                                    $125.00 fine*;
                                                      (Increases $25.00 for each additional notice).

*Per violation. In the case of a parking violation, each vehicle and each instance of violation after the deadline to cure is a separate violation. In the case of a lighting violation, each day the unapproved lighting remains past the deadline to cure is a separate violation.

---

[1] This 12-hour limitation does not apply to vehicles parked or left in a driveway or garage. The "Property" per the Declaration means all property in the Parkstone neighborhood – including streets and other common areas.

**Parkstone Property Owners' Association, Inc.**
c/o Goodwin and Company
11149 Research, Suite 100, Austin, TX 78759-5227
Voice (512) 502-7518 fax (512) 346-4873
alice.english@goodwintx.com

Certified Article Number

9414 7266 9904 2162 7026 67

SENDER'S RECORD

April 30, 2020

Ling Zhou and Fenglin Du.          via certified mail and email
4510 Devonshire St                 lingzhou2001@hotmail.com; fenglindu@hotmail.com
Sugarland Texas 77479-3802

Re: Notice of additional violations, Parkstone Property Owners' Association, Inc. 2105 Real Catorce

Dear Ling and Fenglin:

This is in follow up to our prior notices related to violations of the dedicatory instruments of the Parkstone Property Owners' Association, Inc. involving parking and exterior lighting.

Prior letters informed you of ongoing violations and notified that should they not be remedied fines would continue to accrue. The violations in question again could be cured by:

1) permanently ensuring that all resident and guest parking at your home is performed in accordance with the restrictions, including that no car may be parked on the street for a duration of more than 12 hours, and traffic signs must be obeyed. Relevant sections of the community rules are attached to this letter for reference.
2) removing the unauthorized exterior lighting in the back yard.

There have been 44 further parking violations noted. Per the fining schedule, fines of $150/violation are now levied, for a total of $6,600 in fines levied for these 44 violations. The lighting has not been removed since our April 17th follow-up notification regarding lighting; daily fines of $100 for 13 days (totaling $1,300) since the last letter have been assessed. Daily fines will continue to accrue until the lighting is removed. It is not a matter of turning the lights off at an earlier time; as previously noted, the lights are too bright and are unduly burdensome to neighbors trying to sleep and trying to enjoy their own yards. Should further violations continue and additional notifications be required, fines will increase per the attached schedule.

Part of living in a deed-restricted community is the legal obligation to abide by the rules of the community. The board realizes that in a community of this size it is not realistic that all owners and residents will agree with the rules, but the rules are in place and all owners have a legal obligation to honor them. The Parkstone deed restrictions from the inception contemplated a community with limited street parking, a 12-hour parking limit. This is important for aesthetics, safety, and emergency responder access, but perhaps most importantly it is a rule that all owners by virtue of their purchase agreed to abide by. For every owner who dislikes the parking rule, there is one or more owners who expect the parking rule to be adhered to and enforced; neighbors have a right to expect the restrictions to be honored.

On behalf of the association we thank you in advance for your assistance in resolving these matters.


Sincerely,

Alice English, Goodwin Management, managing agent

## Portions of restrictions related to parking:

<u>Street parking time limitation</u>. No vehicle (including motorcycles and scooters) may be parked or left on any portion of the Property[1] for longer than 12 hours at a time. In other words there is a 12-hour time limit for any vehicle to be parked on a street anywhere on the Property; moving a car to a different portion of the street within the property does not re-start the 12-hour clock.

<u>Traffic signs</u>. Residents must respect all street traffic signs in the neighborhood (for example all vehicles must fully stop at stop signs and abide by any posted speed limit).

<u>No parking areas</u>. No parking is allowed within 20 feet of a street corner, within 15 feet of a fire hydrant, or within 30 feet of a stop or yield sign. Vehicles parked on the street must be parked no further than 18" from the curb.

## Fine schedule
*(Per the fine policy, the Board may vary from this schedule on a case-by-case basis (i.e., set fines higher or lower than indicated below), so long as that decision is based upon the facts surrounding that particular violation)* :

    A.  209 Violation Notice:      $25.00 fine*
         If the violation remains uncured/re-occurs after the initial fine(s):

    B.  Subsequent Violation Notices:    $50.00 fine*;
                                                 $100.00 fine*;
                                                 $125.00 fine*;
                                                 (Increases $25.00 for each additional notice).

*Per violation. In the case of a parking violation, each vehicle and each instance of violation after the deadline to cure is a separate violation. In the case of a lighting violation, each day the unapproved lighting remains past the deadline to cure is a separate violation.

---

[1] This 12-hour limitation does not apply to vehicles parked or left in a driveway or garage. The "Property" per the Declaration means all property in the Parkstone neighborhood – including streets and other common areas.

**Parkstone Property Owners' Association, Inc.**
c/o Goodwin and Company
11149 Research, Suite 100, Austin, TX 78759-5227
Voice (512) 502-7518 fax (512) 346-4873
alice.english@goodwintx.com

May 17, 2020

Ling Zhou and Fenglin Du.      via certified mail and email
4510 Devonshire St      lingzhou2001@hotmail.com; fenglindu@hotmail.com
Sugarland Texas 77479-3802

Re: Notice of additional violations, Parkstone Property Owners' Association, Inc. 2105 Real Catorce

Dear Ling and Fenglin:

This is in follow up to our prior notices related to violations of the dedicatory instruments of the Parkstone Property Owners' Association, Inc. involving parking and exterior lighting.

Prior letters informed you of ongoing violations and notified that should they not be remedied fines would continue to accrue. The violations in question again could be cured by permanently ensuring that all resident and guest parking at your home is performed in accordance with the restrictions, including that no car may be parked on the street for a duration of more than 12 hours, and traffic signs must be obeyed. Relevant sections of the community rules are attached to this letter for reference.

There have been 67 further parking violations noted. Per the fining schedule, fines of $175/violation are now levied, for a total of $11,725.00 in fines levied for these 67 violations.

Part of living in a deed-restricted community is the legal obligation to abide by the rules of the community. The board realizes that in a community of this size it is not realistic that all owners and residents will agree with the rules, but the rules are in place and all owners have a legal obligation to honor them. The Parkstone deed restrictions from the inception contemplated a community with limited street parking, a 12-hour parking limit. This is important for aesthetics, safety, and emergency responder access, but perhaps most importantly it is a rule that all owners by virtue of their purchase agreed to abide by. For every owner who dislikes the parking rule, there is one or more owners who expect the parking rule to be adhered to and enforced; neighbors have a right to expect the restrictions to be honored.

On behalf of the association we thank you in advance for your assistance in resolving these matters.


    Sincerely,

    Alice English, Goodwin Management, managing agent

Certified Article Number
9414 7266 9904 2162 7030 60
SENDER'S RECORD

**Portions of restrictions related to parking:**

<u>Street parking time limitation</u>. No vehicle (including motorcycles and scooters) may be parked or left on any portion of the Property[1] for longer than 12 hours at a time. In other words there is a 12-hour time limit for any vehicle to be parked on a street anywhere on the Property; moving a car to a different portion of the street within the property does not re-start the 12-hour clock.

<u>Traffic signs</u>. Residents must respect all street traffic signs in the neighborhood (for example all vehicles must fully stop at stop signs and abide by any posted speed limit).

<u>No parking areas</u>. No parking is allowed within 20 feet of a street corner, within 15 feet of a fire hydrant, or within 30 feet of a stop or yield sign. Vehicles parked on the street must be parked no further than 18" from the curb.

**Fine schedule**
*(Per the fine policy, the Board may vary from this schedule on a case-by-case basis (i.e., set fines higher or lower than indicated below), so long as that decision is based upon the facts surrounding that particular violation)* :

    A. 209 Violation Notice:     $25.00 fine*
        If the violation remains uncured/re-occurs after the initial fine(s):

    B. Subsequent Violation Notices:     $50.00 fine*;
        $100.00 fine*;
        $125.00 fine*;
        (Increases $25.00 for each additional notice).

*Per violation. In the case of a parking violation, each vehicle and each instance of violation after the deadline to cure is a separate violation. In the case of a lighting violation, each day the unapproved lighting remains past the deadline to cure is a separate violation.

---

[1] This 12-hour limitation does not apply to vehicles parked or left in a driveway or garage. The "Property" per the Declaration means all property in the Parkstone neighborhood – including streets and other common areas.

**Parkstone Property Owners' Association, Inc.**
c/o Goodwin and Company
11149 Research, Suite 100, Austin, TX 78759-5227
Voice (512) 502-7518 fax (512) 346-4873
alice.english@goodwintx.com

June 5, 2020

Ling Zhou and Fenglin Du.      via certified mail and email
4510 Devonshire St     lingzhou2001@hotmail.com; fenglindu@hotmail.com
Sugarland Texas 77479-3802

Re: Notice of additional violations, Parkstone Property Owners' Association, Inc. 2105 Real Catorce

Dear Ling and Fenglin:

This is in follow up to your previous message to me dated June 1, 2020. Your message was in response to a courtesy letter sent to you on May 29, 2020 regarding your tenant and their members parking along other owners' property. The courtesy letter sent did not institute any fines.

This letter is also a follow up to our prior notices related to violations of the dedicatory instruments of the Parkstone Property Owners' Association, Inc. involving parking. As you requested in your previous message on June 1, 2020, details of these new parking violations are included. We have the same information for all the prior violation notices and will continue collecting this information to support future violation notices. If you have further questions on the prior violations I would be happy to discuss and provide that information. Prior letters informed you of ongoing violations and notified that should they not be remedied fines would continue to accrue. The violations in question again could be cured by:

> permanently ensuring that all resident and guest parking at your home is performed in accordance with the restrictions, including that no car may be parked on the street for a duration of more than 12 hours, and traffic signs must be obeyed. Relevant sections of the community rules are attached to this letter for reference.

There have been 68 further parking violations noted. Per the fining schedule, fines of $200/violation are now levied, for a total of $13,600 in fines levied for these 68 violations. Should further violations continue, and additional notifications be required, fines will increase per the attached schedule.

Part of living in a deed-restricted community is the legal obligation to abide by the rules of the community. The board realizes that in a community of this size it is not realistic that all owners and residents will agree with the rules, but the rules are in place and all owners have a legal obligation to honor them. The Parkstone deed restrictions from the inception contemplated a community with limited street parking, a 12-hour parking limit. This is important for aesthetics, safety, and emergency responder access, but perhaps most importantly it is a rule that all owners by virtue of their purchase agreed to abide by. For every owner who dislikes the parking rule, there is one or more owners who expect the parking rule to be adhered to and enforced; neighbors have a right to expect the restrictions to be honored.

On behalf of the association we thank you in advance for your assistance in resolving these matters.

    Sincerely,

    Alice English, Goodwin Management, managing agent

Certified Article Number
9414 7266 9904 2162 7034 66
SENDER'S RECORD

**Portions of restrictions related to parking:**

<u>Street parking time limitation</u>. No vehicle (including motorcycles and scooters) may be parked or left on any portion of the Property[1] for longer than 12 hours at a time. In other words there is a 12-hour time limit for any vehicle to be parked on a street anywhere on the Property; moving a car to a different portion of the street within the property does not re-start the 12-hour clock.

<u>Traffic signs</u>. Residents must respect all street traffic signs in the neighborhood (for example all vehicles must fully stop at stop signs and abide by any posted speed limit).

<u>No parking areas</u>. No parking is allowed within 20 feet of a street corner, within 15 feet of a fire hydrant, or within 30 feet of a stop or yield sign. Vehicles parked on the street must be parked no further than 18" from the curb.

**Fine schedule**
*(Per the fine policy, the Board may vary from this schedule on a case-by-case basis (i.e., set fines higher or lower than indicated below), so long as that decision is based upon the facts surrounding that particular violation)* :

A. 209 Violation Notice: $25.00 fine*
   If the violation remains uncured/re-occurs after the initial fine(s):

B. Subsequent Violation Notices: $50.00 fine*;
   $100.00 fine*;
   $125.00 fine*;
   (Increases $25.00 for each additional notice).

*Per violation. In the case of a parking violation, each vehicle and each instance of violation after the deadline to cure is a separate violation. In the case of a lighting violation, each day the unapproved lighting remains past the deadline to cure is a separate violation.

---

[1] This 12-hour limitation does not apply to vehicles parked or left in a driveway or garage. The "Property" per the Declaration means all property in the Parkstone neighborhood – including streets and other common areas.

| Start Time | End Time | Vehicle | License Plate # |
|---|---|---|---|
| 5/17 7:58 PM | 5/18 11:10 AM | White Cadillac Escalade | TX JYW9006 |
| 5/17 7:58 PM | 5/18 9:29 AM | Black Toyota 4Runner | TX LMJ3130 |
| 5/18 2:37 PM | 5/19 1:28 PM | White Cadillac Escalade | TX JYW9006 |
| 5/18 7:34 PM | 5/19 1:18 PM | Black Toyota 4Runner | TX LMJ3130 |
| 5/18 6:34 PM | 5/19 11:27 AM | White Ford Pickup | TX MRK6190 |
| 5/18 2:28 PM | 5/19 8:17 AM | Black Chevy Tahoe | TX GLX3872 |
| 5/19 6:35 PM | 5/20 1:44 PM | White Cadillac Escalade | TX JYW9006 |
| 5/19 8:56 PM | 5/20 11:44 AM | White Ford Pickup | TX MRK6190 |
| 5/19 8:13 PM | 5/20 12:16 PM | Black Chevy Tahoe | TX GLX3872 |
| 5/19 7:50 PM | 5/20 8:22 AM | Black Toyota 4Runner | TX LMJ3130 |
| 5/20 6:52 PM | 5/21 1:46 PM | White Cadillac Escalade | TX JYW9006 |
| 5/20 8:12 PM | 5/21 11:15 AM | White Ford Pickup | TX MRK6190 |
| 5/20 9:48 PM | 5/21 9:50 AM | Black Chevy Tahoe | TX GLX3872 |
| 5/20 6:59 PM | 5/21 8:06 AM | Brown Toyota Tacoma | TX FBM3698 |
| 5/21 4:07 PM | 5/22 4:14 AM | White Cadillac Escalade | TX JYW9006 |
| 5/21 2:12 PM | 5/22 7:56 AM | Black Toyota 4Runner | TX LMJ3130 |
| 5/21 8:22 PM | 5/22 9:29 AM | Black Chevy Tahoe | TX GLX3872 |
| 5/21 5:56 PM | 5/22 1:10 PM | White Ford Pickup | TX MRK6190 |
| 5/22 4:24 AM | 5/22 5:30 PM | White Cadillac Escalade | TX JYW9006 |
| 5/22 6:56 PM | 5/23 8:17 AM | Black Toyota 4Runner | TX LMJ3130 |
| 5/22 11:18 PM | 5/23 1:05 PM | White Ford Pickup | TX MRK6190 |
| 5/23 8:06 PM | 5/24 2:06 PM | White Ford Pickup | TX MRK6190 |
| 5/23 7:18 PM | 5/24 9:05 AM | Black Chevy Tahoe | TX GLX3872 |
| 5/23 9:14 PM | 5/24 10:41 AM | Black Toyota 4Runner | TX LMJ3130 |
| 5/23 8:23 PM | 5/24 9:00 AM | Brown Toyota Tacoma | TX FBM3698 |
| 5/24 3:16 PM | 5/25 6:19 AM | White Cadillac Escalade | TX JYW9006 |
| 5/24 9:04 PM | 5/25 9:15 AM | White Ford Pickup | TX MRK6190 |
| 5/24 8:13 PM | 5/25 9:25 AM | Brown Toyota Tacoma | TX FBM3698 |
| 5/24 6:25 PM | 5/25 11:08 AM | Black Chevy Tahoe | TX GLX3872 |
| 5/24 2:48 PM | 5/25 8:42 AM | Black Toyota 4Runner | TX LMJ3130 |
| 5/25 7:05 PM | 5/26 8:05 AM | Brown Toyota Tacoma | TX FBM3698 |
| 5/25 7:04 AM | 5/25 7:15 PM | White Cadillac Escalade | TX JYW9006 |
| 5/25 9:30 AM | 5/25 9:36 PM | White Ford Pickup | TX MRK6190 |
| 5/25 8:08 PM | 5/26 10:56 AM | Black Toyota 4Runner | TX LMJ3130 |
| 5/25 8:10 PM | 5/26 9:02 AM | White Cadillac Escalade | TX JYW9006 |

| | | | |
|---|---|---|---|
| 5/25 9:51 PM | 5/26 10:07 AM | White Ford Pickup | TX MRK6190 |
| 5/26 6:40 PM | 5/27 1:50 PM | Black Chevy Tahoe | TX GLX3872 |
| 5/26 2:09 PM | 5/27 2:01 PM | White Cadillac Escalade | TX JYW9006 |
| 5/26 2:09 PM | 5/27 2:01 PM | White Ford Pickup | TX MRK6190 |
| 5/26 5:54 PM | 5/27 7:01 AM | Black Toyota 4Runner | TX LMJ3130 |
| 5/26 7:35 PM | 5/27 7:42 AM | Brown Toyota Tacoma | TX FBM3698 |
| 5/27 6:28 PM | 5/28 8:30 AM | Black Chevy Tahoe | TX GLX3872 |
| 5/27 4:37 PM | 5/28 1:37 PM | White Ford Pickup | TX MRK6190 |
| 5/27 5:21 PM | 5/28 6:43 AM | Black Toyota 4Runner | TX LMJ3130 |
| 5/28 1:43 PM | 5/29 10:53 AM | White Cadillac Escalade | TX JYW9006 |
| 5/28 1:43 PM | 5/29 10:53 AM | White Ford Pickup | TX MRK6190 |
| 5/28 6:35 PM | 5/29 11:54 AM | Black Chevy Tahoe | TX GLX3872 |
| 5/28 4:31 PM | 5/29 5:48 AM | Black Toyota 4Runner | TX LMJ3130 |
| 5/29 3:31 PM | 5/30 10:45 AM | White Ford Pickup | TX MRK6190 |
| 5/29 2:02 PM | 5/30 8:51 AM | Black Toyota 4Runner | TX LMJ3130 |
| 5/29 7:19 PM | 5/30 7:30 AM | Brown Toyota Tacoma | TX FBM3698 |
| 5/29 11:50 PM | 5/30 11:55 AM | White Cadillac Escalade | TX JYW9006 |
| 5/30 9:32 PM | 5/31 12:29 PM | Black Toyota 4Runner | TX LMJ3130 |
| 5/30 8:33 PM | 5/31 9:30 AM | Brown Toyota Tacoma | TX FBM3698 |
| 5/30 11:28 PM | 5/31 11:54 AM | White Cadillac Escalade | TX JYW9006 |
| 5/30 11:53 PM | 5/31 12:55 PM | White Ford Pickup | TX MRK6190 |
| 5/31 7:20 PM | 6/1 1:55 PM | White Ford Pickup | TX MRK6190 |
| 5/31 8:50 PM | 6/1 1:55 PM | White Cadillac Escalade | TX JYW9006 |
| 5/31 4:35 PM | 6/1 1:55 PM | Black Chevy Tahoe | TX GLX3872 |
| 5/31 4:43 PM | 6/1 8:21 AM | Black Toyota 4Runner | TX LMJ3130 |
| 5/31 6:29 PM | 6/1 8:16 AM | Black Range Rover | TX NCF1406 |
| 6/1 5:30 PM | 6/2 12:50 PM | White Ford Pickup | TX MRK6190 |
| 6/1 5:30 PM | 6/2 1:15 PM | White Cadillac Escalade | TX JYW9006 |
| 6/1 5:30 PM | 6/2 9:00 AM | Black Chevy Tahoe | TX GLX3872 |
| 6/2 7:04 PM | 6/3 11:19 AM | Black Chevy Tahoe | TX GLX3872 |
| 6/2 11:04 PM | 6/3 1:59 PM | White Ford Pickup | TX MRK6190 |
| 6/3 5:08 PM | 6/4 11:48 AM | White Ford Pickup | TX MRK6190 |
| 6/3 4:33 PM | 6/4 11:48 AM | White Cadillac Escalade | TX JYW9006 |