**EXHIBIT E**



Got it. Thanks.

**Wednesday 10:20 AM**

Ling please give me a ring I wanted to let you know how the call went with Austin water!

**Today 2:58 PM**

Ling I don't want to do this, cool down. And let's talk Monday. 😊

No need to talk any more. Your choice is simple, either stop the parking violations immediately or pay the fine. Otherwise I'll start eviction next week.