# EXHIBIT G

N I E M A N N   &   H E Y E R,  L.L.P.
ATTORNEYS AT LAW
WESTGATE BUILDING, SUITE 313
1122 COLORADO STREET
AUSTIN, TEXAS 78701-2101

ERIC HANSUM, OF COUNSEL

DIRECT TELEPHONE (512) 481-9292
DIRECT FAX (512) 287-4239
ERICHANSUM@NIEMANNLAW.COM

April 1, 2020

**<u>Via Email</u>**

Mark Whitburn
Whitburn & Pevsner, PLLC
2000 E. Lamar Boulevard, Suite 600
Arlington, TX 76006

     Re:    Request for 2105 Real Catorce Drive, Austin, TX 78746

Dear Mr. Whitburn:

The Board has considered the request for accommodation from your letter dated March 31, 2020. Since the driveway to the 2105 Real Catorce home will accommodate at least six cars, and the garage two cars, even if 12 men are occupying the residence there should be no need for more than 4 cars on the street at any time. Consequently, Parkstone will grant an accommodation as follows: As long as a shelter-in-place order applying to Parkstone is in effect, up to four cars belonging to residents of the house at 2105 Real Catorce may park on the street for more than 12 consecutive hours provided that there is no space available in the driveway or garage; that is, after at least eight cars have been parked in the driveway and garage. To minimize disruptions for other residents, for the cars parked more than 12 consecutive hours, they should not be parked along any other owners' property.

With respect to you other inquiries, parking violations have been happening throughout the neighborhood for some time and courtesy and other enforcement letters have been sent in cases of known violations before the current COVID-19 situation. All violations of which the board has notice are receiving similar letters. Most neighbors are in the same boat and working from home.

Please give me a call to discuss anything further if this letter does not address your clients' concerns.

     Very truly yours,

     /s Eric J. Hansum

     Eric J. Hansum