IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HARMONY HAUS WESTLAKE, L.L.C., <br> LING ZHOU, and FENGLIN DU, <br><br> Plaintiffs, <br><br> v. <br><br> PARKSTONE PROPERTY OWNERS <br> ASSOCIATION, INC., <br><br> Defendant. | § § § § § § § § § § § § § | CIVIL ACTION NO. 1:20-cv-00486 |

## [PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

On this day came on to be heard Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (the "Motion"). Having considered the Motion, all relevant briefing and arguments of counsel, and all evidence presented, the Court is of the view that the Motion is meritorious and should be GRANTED. The Court specifically determines that Plaintiffs face a substantial threat of irreparable harm in that Defendant's actions will likely lead to the closure of the sober living residence at issue in this matter.

Accordingly, it is ORDERED, ADJUDGED, and DECREED that Defendant is preliminarily enjoined from enforcement of Defendant's parking restrictions against Harmony Haus until further order of this Court and on collection of fines imposed on the basis of such restrictions until further order of this Court.

DONE THIS _____ day of _____, 2020

_____
JUDGE PRESIDING