# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HARMONY HAUS WESTLAKE, L.L.C., LING ZHOU, AND FENGLIN DU | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 1:20-CV-486-XR |
| PARKSTONE PROPERTY OWNERS ASSOCIATION, INC. | § § § | |
| Defendant. | § § | |

## Declaration of Brian Pye

1.      I am over 18 years of age, of sound mind, and fully competent to make this Declaration.

2.      I reside at 4001 Preservation Cove, Austin, Texas 78746. I am a duly-elected director and unpaid volunteer for the Board of Directors at the Parkstone Property Owners Association, Inc. I have lived in this neighborhood since 2010. Unless otherwise stated, I have personal knowledge of the facts stated in this Declaration, and they are true and correct.

3.      There were a few occasions before Harmony Haus arrived when cars were parked for more than 12 hours on the street, but in most cases the residents responded to a notice of violation and no fines or penalties were imposed. However, before Harmony Haus arrived we stated fines would be imposed in a few cases.

4.      Years before Harmony Haus' arrival, and completely unconnected with Harmony Haus, the owners of the Residence (defined below) had received parking violation notices for parking issues (*see* Exhibit 1-B).

5.	After the arrival of Harmony Haus there was a noticeable increase in street parking violations, apparently driven by the perception that the rule was not being enforced because of the cars parked outside Harmony Haus.

6.	After the Court's Final Judgment, the Parkstone Property Owners Association, Inc. ("**Parkstone**") amended its rules to follow the Court's guidance on having consistent and even-handed enforcement in the Parkstone community including for the residents at 2105 Real Catorce in Austin, Texas 78746 ("**Residence**"). A detailed fining schedule had been discussed for years, even before Harmony Haus' arrival, but had not been implemented. With Harmony Haus consistently ignoring the parking restrictions and other residents increasingly unwilling to obey those restrictions Parkstone wanted to ensure there was a clear and consistent enforcement schedule for everyone to follow.

7.	Since the Court entered its judgment there has been consistent enforcement of Parkstone's parking restrictions. In addition to the homeowners of the Residence, at least three other homeowners have received violation letters on Parkstone's twelve-hour parking restrictions and fines have been imposed on them (*see* Exhibit 1-A). However, of the approximately 310 parking violations after the trial that occurred, more than 220 have been associated with Harmony Haus.

8.	Parking violations have not been the only violations of the Declaration by Harmony Haus. After occupying the Residence, Harmony Haus put extremely bright exterior string lighting in the backyard of the house. Harmony Haus did not seek prior approval as required by Sections 1.12 and 2.16 of Parkstone's *Revised and Restated Declaration of Covenants, Conditions and Restrictions Parkstone P.U.D. Phase I Travis County, Texas* ("**Declaration**") which requires all improvements, expressly including

exterior lighting fixtures and equipment, to be approved prior to installation. That requirement has existed since the inception of the Declaration, since 1998.

9.     Harmony Haus has been repeatedly warned that its lighting violated the Declaration but has refused to either seek approval or change the lighting, with the result that Parkstone has been forced to issue violation notices and fines related to lighting as well as parking.

10.    Making an exception to our parking rules for Harmony Haus will harm the neighborhood and its relationship with Harmony Haus. It will harm the neighborhood because residents who believe the parking rules are not being fairly enforced are likely to violate them. Everyone in Parkstone knows that in the Judgment allowing Harmony Haus to have 12 residents, the Court said that Harmony Haus should follow our parking rules. When it does not, other residents feel free to ignore the rules as well. This is exactly what I observed after Harmony Haus first moved in and began parking cars on the street.

11.    Making an exception for Harmony Haus will create a continued rift between Harmony Haus and the neighborhood as well because it will only confirm what many people, including myself, already believe, which is that Harmony Haus has no interest at all in being a good neighbor.

I have reviewed the foregoing Declaration and I declare under penalty of perjury that the foregoing statements are true and correct.

Date: _May 10, 2020_

_____
Brian Pye

# Exhibit 1-A

**Parkstone Property Owners' Association, Inc.**
**c/o Goodwin and Company**
**11149 Research, Suite 100, Austin, TX 78759-5227**
**Voice (512) 502-7518 fax (512) 346-4873**
**alice.english@goodwintx.com**

March 17, 2020

Victor Lai                                              via certified mail and email victlai@gmail.com
2204 Real Catorce
Austin, Texas 78746                          91 7199 9991 7039 6636 7551

Re: Notice of violations, Parkstone Property Owners' Association, Inc.

Dear Victor,

This is to notify you of violations of the dedicatory instruments of the Parkstone Property Owners' Association, Inc. involving parking.

One of the primary roles of the Association is to help ensure that all residents abide by the deed restrictions in the community. We are sending this letter in hopes that you will cure these violations in a timely manner and bring your lot into compliance. You may cure this violation and avoid fines or further enforcement action by, no later than March 22th, 2020:

1) permanently ensuring that all resident and guest parking at your home is performed in accordance with the restrictions, including that no car may be parked on the street for a duration of more than 12 hours, and traffic signs must be obeyed. Relevant sections of the community rules are attached to this letter for reference.

Failure to cure by the deadlines noted above may result in fines and/or further enforcement action. Fines may be levied in accordance with the association's fine schedule, also attached for reference. In short, initial fine(s) would be $25/violation, with increasing fines should the violation continue.

State Law Notice: If you are currently serving on active military duty, you may be entitled to special rights of relief related to this enforcement action under federal law, including the Servicemembers Civil Relief Act. You may request a hearing before the Association's board of directors to discuss and verify facts related to this violation in an attempt to resolve this matter. Any such request must be submitted in writing to our office within 30 days of the date of this letter. If you do not cure the violation by the deadline noted above, attorneys' fees and other enforcement costs may be assessed to your account in accordance with state law.

On behalf of the association we thank you in advance for your assistance in resolving this matter.

Sincerely,

Alice English, Goodwin Management, managing agent

## Portions of restrictions related to parking:

<u>Street parking time limitation</u>. No vehicle (including motorcycles and scooters) may be parked or left on any portion of the Property[1] for longer than 12 hours at a time. In other words there is a 12-hour time limit for any vehicle to be parked on a street anywhere on the Property; moving a car to a different portion of the street within the property does not re-start the 12-hour clock.

<u>Traffic signs</u>. Residents must respect all street traffic signs in the neighborhood (for example all vehicles must fully stop at stop signs and abide by any posted speed limit).

<u>No parking areas</u>. No parking is allowed within 20 feet of a street corner, within 15 feet of a fire hydrant, or within 30 feet of a stop or yield sign. Vehicles parked on the street must be parked no further than 18" from the curb.

## Fine schedule

*(Per the fine policy, the Board may vary from this schedule on a case-by-case basis (i.e., set fines higher or lower than indicated below), so long as that decision is based upon the facts surrounding that particular violation)* :

A. 209 Violation Notice:      $25.00 fine*
    If the violation remains uncured/re-occurs after the initial fine(s):

B. Subsequent Violation Notices:  $50.00 fine*;
                                  $100.00 fine*;
                                  $125.00 fine*;
                                  (Increases $25.00 for each additional notice).

*Per violation. In the case of a parking violation, each vehicle and each instance of violation after the deadline to cure is a separate violation. In the case of a lighting violation, each day the unapproved lighting remains past the deadline to cure is a separate violation.

---

[1] This 12-hour limitation does not apply to vehicles parked or left in a driveway or garage. The "Property" per the Declaration means all property in the Parkstone neighborhood – including streets and other common areas.

**Parkstone Property Owners' Association, Inc.**
**c/o Goodwin and Company**
**11149 Research, Suite 100, Austin, TX 78759-5227**
**Voice (512) 502-7518 fax (512) 346-4873**
**alice.english@goodwintx.com**

March 27, 2020

Victor Lai                                                    via certified mail and email victlai@gmail.com
2204 Real Catorce
Austin, TX 78746

Re: Notice of additional violations, Parkstone Property Owners' Association, Inc. 2204 Real Catorce

Dear Victor,

This is in follow up to our prior notice of March 17, 2020 related to violations of the dedicatory instruments of the Parkstone Property Owners' Association, Inc. involving parking.

In that letter you were provided opportunity to address ongoing violations and to avoid fines and further enforcement action by, no later than March 22nd, 2020:

1) permanently ensuring that all resident and guest parking at your home is performed in accordance with the restrictions, including that no car may be parked on the street for a duration of more than 12 hours, and traffic signs must be obeyed. Relevant sections of the community rules are attached to this letter for reference.

Since March 17th however there have been three instances of parking violations for longer than the 12-hour maximum time period. Fines of $25/violation have been assessed, for a total of $75. Should further violations continue and additional notifications be required, fines will increase to $50 per violation, with continued increases per the attached schedule.

On behalf of the association we thank you in advance for your assistance in resolving this matter.

Sincerely,

Alice English, Goodwin Management, managing agent

Certified Article Number

9414 7266 9904 2162 7039 92

SENDER'S RECORD

## Portions of restrictions related to parking:

<u>Street parking time limitation</u>. No vehicle (including motorcycles and scooters) may be parked or left on any portion of the Property[1] for longer than 12 hours at a time. In other words there is a 12-hour time limit for any vehicle to be parked on a street anywhere on the Property; moving a car to a different portion of the street within the property does not re-start the 12-hour clock.

<u>Traffic signs</u>. Residents must respect all street traffic signs in the neighborhood (for example all vehicles must fully stop at stop signs and abide by any posted speed limit).

<u>No parking areas</u>. No parking is allowed within 20 feet of a street corner, within 15 feet of a fire hydrant, or within 30 feet of a stop or yield sign. Vehicles parked on the street must be parked no further than 18" from the curb.

## Fine schedule

*(Per the fine policy, the Board may vary from this schedule on a case-by-case basis (i.e., set fines higher or lower than indicated below), so long as that decision is based upon the facts surrounding that particular violation)* :

      A.  209 Violation Notice:      $25.00 fine*
           If the violation remains uncured/re-occurs after the initial fine(s):

      B.  Subsequent Violation Notices:    $50.00 fine*;
                                       $100.00 fine*;
                                       $125.00 fine*;
                                       (Increases $25.00 for each additional notice).

*Per violation. In the case of a parking violation, each vehicle and each instance of violation after the deadline to cure is a separate violation. In the case of a lighting violation, each day the unapproved lighting remains past the deadline to cure is a separate violation.

---

[1] This 12-hour limitation does not apply to vehicles parked or left in a driveway or garage. The "Property" per the Declaration means all property in the Parkstone neighborhood – including streets and other common areas.

**Parkstone Property Owners' Association, Inc.**
c/o Goodwin and Company
11149 Research, Suite 100, Austin, TX 78759-5227
Voice (512) 502-7518 fax (512) 346-4873
alice.english@goodwintx.com

April 6, 2020

Victor Lai                    via certified mail and email victlai@gmail.com
2204 Real Catorce
Austin, TX 78746

**Certified Article Number**

9414 7266 9904 2162 7040 50

**SENDER'S RECORD**

Re: Notice of additional violations, Parkstone Property Owners' Association, Inc. 2204 Real Catorce

Dear Victor,

This is in follow up to our prior notice related to violations of the dedicatory instruments of the Parkstone Property Owners' Association, Inc. involving parking.

You may cure parking violations by permanently ensuring that all resident and guest parking at your home is performed in accordance with the restrictions, including that no car may be parked on the street for a duration of more than 12 hours, and traffic signs must be obeyed. Relevant sections of the community rules are attached to this letter for reference.

Eighteen additional violations have been noted. Per the fining schedule $50/violation has been levied, for a total of $900 in fines. Should further violations continue and additional notifications be required, fines will increase per the attached schedule.

On behalf of the association we thank you in advance for your assistance in resolving this matter.

Sincerely,

Alice English, Goodwin Management, managing agent

### Portions of restrictions related to parking:

Street parking time limitation. No vehicle (including motorcycles and scooters) may be parked or left on any portion of the Property[1] for longer than 12 hours at a time. In other words there is a 12-hour time limit for any vehicle to be parked on a street anywhere on the Property; moving a car to a different portion of the street within the property does not re-start the 12-hour clock.

Traffic signs. Residents must respect all street traffic signs in the neighborhood (for example all vehicles must fully stop at stop signs and abide by any posted speed limit).

No parking areas. No parking is allowed within 20 feet of a street corner, within 15 feet of a fire hydrant, or within 30 feet of a stop or yield sign. Vehicles parked on the street must be parked no further than 18" from the curb.

### Fine schedule

*(Per the fine policy, the Board may vary from this schedule on a case-by-case basis (i.e., set fines higher or lower than indicated below), so long as that decision is based upon the facts surrounding that particular violation)* :

   A.  209 Violation Notice:        $25.00 fine*
       If the violation remains uncured/re-occurs after the initial fine(s):

   B.  Subsequent Violation Notices:    $50.00 fine*;
                                        $100.00 fine*;
                                        $125.00 fine*;
                                        (Increases $25.00 for each additional notice).

*Per violation. In the case of a parking violation, each vehicle and each instance of violation after the deadline to cure is a separate violation. In the case of a lighting violation, each day the unapproved lighting remains past the deadline to cure is a separate violation.

---

[1] This 12-hour limitation does not apply to vehicles parked or left in a driveway or garage. The "Property" per the Declaration means all property in the Parkstone neighborhood – including streets and other common areas.

**Parkstone Property Owners' Association, Inc.**
c/o Goodwin and Company
11149 Research, Suite 100, Austin, TX 78759-5227
Voice (512) 502-7518 fax (512) 346-4873
alice.english@goodwintx.com

Certified Article Number

9414 7266 9904 2162 7041 28

SENDER'S RECORD

April 17, 2020

via certified mail and email victlai@gmail.com

Victor Lai
2204 Real Catorce
Austin, TX 78746

Re: Notice of additional violations, Parkstone Property Owners' Association, Inc. 2204 Real Catorce

Dear Victor,

This is in follow up to our prior notices related to violations of the dedicatory instruments of the Parkstone Property Owners' Association, Inc. involving parking.

You were previously informed that you may cure parking violations by ensuring that all resident and guest parking at your home is performed in accordance with the restrictions, including that no car may be parked on the street for a duration of more than 12 hours, and traffic signs must be obeyed. Relevant sections of the community rules are attached to this letter for reference.

Twenty one additional violations have been noted. Per the fining schedule $100/violation has been levied, for a total of $2,100 in fines. Should further violations continue and additional notifications be required, fines will increase per the attached schedule.

Part of living in a deed-restricted community is the legal obligation to abide by the rules of the community. The board realizes that in a community of this size it is not realistic that all owners and residents will agree with the rules, but the rules are in place and all owners have a legal obligation to honor them. The Parkstone deed restrictions from the inception contemplated a community with limited street parking, a 12-hour parking limit. This is important for aesthetics, safety, and emergency responder access, but perhaps most importantly it is a rule that all owners by virtue of their purchase agreed to abide by. For every owner who dislikes the parking rule, there is one or more owners who expect the parking rule to be adhered to and enforced; neighbors have a right to expect the restrictions to be honored.

The board is amenable, if violations can be rectified promptly and compliance maintained going forward, to considering adjusting the fines accrued to date. You are welcome to submit an adjustment request in a month for the board's consideration.

On behalf of the association we thank you in advance for your assistance in resolving this matter.

Sincerely,

Alice English, Goodwin Management, managing agent

## Portions of restrictions related to parking:

<u>Street parking time limitation</u>. No vehicle (including motorcycles and scooters) may be parked or left on any portion of the Property[1] for longer than 12 hours at a time. In other words there is a 12-hour time limit for any vehicle to be parked on a street anywhere on the Property; moving a car to a different portion of the street within the property does not re-start the 12-hour clock.

<u>Traffic signs</u>. Residents must respect all street traffic signs in the neighborhood (for example all vehicles must fully stop at stop signs and abide by any posted speed limit).

<u>No parking areas</u>. No parking is allowed within 20 feet of a street corner, within 15 feet of a fire hydrant, or within 30 feet of a stop or yield sign. Vehicles parked on the street must be parked no further than 18" from the curb.

## Fine schedule

*(Per the fine policy, the Board may vary from this schedule on a case-by-case basis (i.e., set fines higher or lower than indicated below), so long as that decision is based upon the facts surrounding that particular violation)* :

     A.  209 Violation Notice:     $25.00 fine*
         If the violation remains uncured/re-occurs after the initial fine(s):

     B.  Subsequent Violation Notices:     $50.00 fine*;
                                      $100.00 fine*;
                                      $125.00 fine*;
                                      (Increases $25.00 for each additional notice).

*Per violation. In the case of a parking violation, each vehicle and each instance of violation after the deadline to cure is a separate violation. In the case of a lighting violation, each day the unapproved lighting remains past the deadline to cure is a separate violation.

---

[1] This 12-hour limitation does not apply to vehicles parked or left in a driveway or garage. The "Property" per the Declaration means all property in the Parkstone neighborhood – including streets and other common areas.

**Parkstone Property Owners' Association, Inc.**
c/o Goodwin and Company
11149 Research, Suite 100, Austin, TX 78759-5227
Voice (512) 502-7518 fax (512) 346-4873
alice.english@goodwintx.com

**Certified Article Number**

9414 7266 9904 2162 7026 81

**SENDER'S RECORD**

April 30, 2020

Victor Lai                                          via certified mail and email victlai@gmail.com
2204 Real Catorce
Austin, TX 78746

Re: Notice of additional violations, Parkstone Property Owners' Association, Inc. 2204 Real Catorce

Dear Victor,

This is in follow up to our prior notices related to violations of the dedicatory instruments of the Parkstone Property Owners' Association, Inc. involving parking.

You were previously informed that you may cure parking violations by ensuring that all resident and guest parking at your home is performed in accordance with the restrictions, including that no car may be parked on the street for a duration of more than 12 hours, and traffic signs must be obeyed. Relevant sections of the community rules are attached to this letter for reference.

Five additional violations have been noted. Per the fining schedule $125/violation has been levied, for a total of $625 in fines. Should further violations continue and additional notifications be required, fines will increase per the attached schedule.

Part of living in a deed-restricted community is the legal obligation to abide by the rules of the community. The board realizes that in a community of this size it is not realistic that all owners and residents will agree with the rules, but the rules are in place and all owners have a legal obligation to honor them. The Parkstone deed restrictions from the inception contemplated a community with limited street parking, a 12-hour parking limit. This is important for aesthetics, safety, and emergency responder access, but perhaps most importantly it is a rule that all owners by virtue of their purchase agreed to abide by. For every owner who dislikes the parking rule, there is one or more owners who expect the parking rule to be adhered to and enforced; neighbors have a right to expect the restrictions to be honored.

On behalf of the association we thank you in advance for your assistance in resolving this matter.

Sincerely,

Alice English, Goodwin Management, managing agent

## Portions of restrictions related to parking:

<u>Street parking time limitation</u>. No vehicle (including motorcycles and scooters) may be parked or left on any portion of the Property[1] for longer than 12 hours at a time. In other words there is a 12-hour time limit for any vehicle to be parked on a street anywhere on the Property; moving a car to a different portion of the street within the property does not re-start the 12-hour clock.

<u>Traffic signs</u>. Residents must respect all street traffic signs in the neighborhood (for example all vehicles must fully stop at stop signs and abide by any posted speed limit).

<u>No parking areas</u>. No parking is allowed within 20 feet of a street corner, within 15 feet of a fire hydrant, or within 30 feet of a stop or yield sign. Vehicles parked on the street must be parked no further than 18" from the curb.

## Fine schedule

*(Per the fine policy, the Board may vary from this schedule on a case-by-case basis (i.e., set fines higher or lower than indicated below), so long as that decision is based upon the facts surrounding that particular violation)* :

A. 209 Violation Notice:      $25.00 fine*
If the violation remains uncured/re-occurs after the initial fine(s):

B. Subsequent Violation Notices:    $50.00 fine*;
$100.00 fine*;
$125.00 fine*;
(Increases $25.00 for each additional notice).

*Per violation. In the case of a parking violation, each vehicle and each instance of violation after the deadline to cure is a separate violation. In the case of a lighting violation, each day the unapproved lighting remains past the deadline to cure is a separate violation.

---

[1] This 12-hour limitation does not apply to vehicles parked or left in a driveway or garage. The "Property" per the Declaration means all property in the Parkstone neighborhood – including streets and other common areas.

**Parkstone Property Owners' Association, Inc.**
c/o Goodwin and Company
11149 Research, Suite 100, Austin, TX 78759-5227
Voice (512) 502-7518 fax (512) 346-4873
alice.english@goodwintx.com

March 17, 2020

Rafik & Rozmin Momin                                                via certified mail and email rsmomin@gmail.com
2201 Real Catorce
Austin, Texas 78746

                                             ᕋᕀ ᴄᴏᴅᴇ 91 7199 9991 7039 6636 7544

Re: Notice of violations, Parkstone Property Owners' Association, Inc.

Dear Rafik and Rozmin,

This is to notify you of violations of the dedicatory instruments of the Parkstone Property Owners' Association, Inc. involving parking.

One of the primary roles of the Association is to help ensure that all residents abide by the deed restrictions in the community. We are sending this letter in hopes that you will cure these violations in a timely manner and bring your lot into compliance. You may cure this violation and avoid fines or further enforcement action by, no later than March 22th, 2020:

1) permanently ensuring that all resident and guest parking at your home is performed in accordance with the restrictions, including that no car may be parked on the street for a duration of more than 12 hours, and traffic signs must be obeyed. Relevant sections of the community rules are attached to this letter for reference.

Failure to cure by the deadlines noted above may result in fines and/or further enforcement action. Fines may be levied in accordance with the association's fine schedule, also attached for reference. In short, initial fine(s) would be $25/violation, with increasing fines should the violation continue.

    **State Law Notice:** If you are currently serving on active military duty, you may be entitled to special rights of relief related to this enforcement action under federal law, including the Servicemembers Civil Relief Act. You may request a hearing before the Association's board of directors to discuss and verify facts related to this violation in an attempt to resolve this matter. Any such request must be submitted in writing to our office within 30 days of the date of this letter. If you do not cure the violation by the deadline noted above, attorneys' fees and other enforcement costs may be assessed to your account in accordance with state law.

    On behalf of the association we thank you in advance for your assistance in resolving this matter.


    Sincerely,

    Alice English, Goodwin Management, managing agent

## Portions of restrictions related to parking:

<u>Street parking time limitation</u>. No vehicle (including motorcycles and scooters) may be parked or left on any portion of the Property[1] for longer than 12 hours at a time. In other words there is a 12-hour time limit for any vehicle to be parked on a street anywhere on the Property; moving a car to a different portion of the street within the property does not re-start the 12-hour clock.

<u>Traffic signs</u>. Residents must respect all street traffic signs in the neighborhood (for example all vehicles must fully stop at stop signs and abide by any posted speed limit).

<u>No parking areas</u>. No parking is allowed within 20 feet of a street corner, within 15 feet of a fire hydrant, or within 30 feet of a stop or yield sign. Vehicles parked on the street must be parked no further than 18" from the curb.

## Fine schedule
*(Per the fine policy, the Board may vary from this schedule on a case-by-case basis (i.e., set fines higher or lower than indicated below), so long as that decision is based upon the facts surrounding that particular violation)* :

A. 209 Violation Notice:      $25.00 fine*
   If the violation remains uncured/re-occurs after the initial fine(s):

B. Subsequent Violation Notices:      $50.00 fine*;
                                             $100.00 fine*;
                                             $125.00 fine*;
                                             (Increases $25.00 for each additional notice).

*Per violation. In the case of a parking violation, each vehicle and each instance of violation after the deadline to cure is a separate violation. In the case of a lighting violation, each day the unapproved lighting remains past the deadline to cure is a separate violation.

[1] This 12-hour limitation does not apply to vehicles parked or left in a driveway or garage. The "Property" per the Declaration means all property in the Parkstone neighborhood – including streets and other common areas.

**Parkstone Property Owners' Association, Inc.**
c/o Goodwin and Company
11149 Research, Suite 100, Austin, TX 78759-5227
Voice (512) 502-7518 fax (512) 346-4873
alice.english@goodwintx.com

Certified Article Number

9414 7266 9904 2162 7040 81

SENDER'S RECORD

April 10, 2020

Rafik and Rozmin Momin                    via certified mail and email rsmomin@gmail.com
2201 Real Catorce
Austin, TX 78746

Re: Notice of additional violations, Parkstone Property Owners' Association, Inc. 2201 Real Catorce

Dear Rafik and Rozmin,

This is in follow up to our prior notice of March 17, 2020 related to violations of the dedicatory instruments of the Parkstone Property Owners' Association, Inc. involving parking.

In that letter you were provided opportunity to address ongoing violations and to avoid fines and further enforcement action by, no later than March 22nd, 2020, permanently ensuring that all resident and guest parking at your home is performed in accordance with the restrictions, including that no car may be parked on the street for a duration of more than 12 hours, and traffic signs must be obeyed. Relevant sections of the community rules are attached to this letter for reference.

Since March 22nd however there have been 10 instances of parking violations for longer than the 12-hour maximum time period. Fines of $25/violation have been assessed, for a total of $250. Should further violations continue and additional notifications be required, fines will increase to $50 per violation, with continued increases per the attached schedule.

On behalf of the association we thank you in advance for your assistance in resolving this matter.

Sincerely,

Alice English, Goodwin Management, managing agent

## Portions of restrictions related to parking:

<u>Street parking time limitation</u>. No vehicle (including motorcycles and scooters) may be parked or left on any portion of the Property[1] for longer than 12 hours at a time. In other words there is a 12-hour time limit for any vehicle to be parked on a street anywhere on the Property; moving a car to a different portion of the street within the property does not re-start the 12-hour clock.

<u>Traffic signs</u>. Residents must respect all street traffic signs in the neighborhood (for example all vehicles must fully stop at stop signs and abide by any posted speed limit).

<u>No parking areas</u>. No parking is allowed within 20 feet of a street corner, within 15 feet of a fire hydrant, or within 30 feet of a stop or yield sign. Vehicles parked on the street must be parked no further than 18" from the curb.

## Fine schedule

*(Per the fine policy, the Board may vary from this schedule on a case-by-case basis (i.e., set fines higher or lower than indicated below), so long as that decision is based upon the facts surrounding that particular violation)* :

A.  209 Violation Notice:        $25.00 fine*
    If the violation remains uncured/re-occurs after the initial fine(s):

B.  Subsequent Violation Notices:    $50.00 fine*;
                                        $100.00 fine*;
                                        $125.00 fine*;
    (Increases $25.00 for each additional notice).

*Per violation. In the case of a parking violation, each vehicle and each instance of violation after the deadline to cure is a separate violation. In the case of a lighting violation, each day the unapproved lighting remains past the deadline to cure is a separate violation.

[1] This 12-hour limitation does not apply to vehicles parked or left in a driveway or garage. The "Property" per the Declaration means all property in the Parkstone neighborhood – including streets and other common areas.

**Parkstone Property Owners' Association, Inc.**
**c/o Goodwin and Company**
**11149 Research, Suite 100, Austin, TX 78759-5227**
**Voice (512) 502-7518 fax (512) 346-4873**
**alice.english@goodwintx.com**

Certified Article Number

9414 7266 9904 2162 7026 98

April 30, 2020

SENDER'S RECORD

Rafik and Rozmin Momin
2201 Real Catorce
Austin, TX 78746

via certified mail and email rsmomin@gmail.com

Re: Notice of additional violations, Parkstone Property Owners' Association, Inc. 2201 Real Catorce

Dear Rafik and Rozmin,

This is in follow up to our prior notices related to violations of the dedicatory instruments of the Parkstone Property Owners' Association, Inc. involving parking.

In that letter you were provided opportunity to address ongoing violations and to avoid fines and further enforcement action by, no later than April 30, 2020, permanently ensuring that all resident and guest parking at your home is performed in accordance with the restrictions, including that no car may be parked on the street for a duration of more than 12 hours, and traffic signs must be obeyed. Relevant sections of the community rules are attached to this letter for reference.

There have been 2 new instances of parking violations for longer than the 12-hour maximum time period. Fines of $50/violation have been assessed, for a total of $100. Should further violations continue and additional notifications be required, fines will levy per the attached schedule.

On behalf of the association we thank you in advance for your assistance in resolving this matter. Part of living in a deed-restricted community is the legal obligation to abide by the rules of the community. The board realizes that in a community of this size it is not realistic that all owners and residents will agree with the rules, but the rules are in place and all owners have a legal obligation to honor them. The Parkstone deed restrictions from the inception contemplated a community with limited street parking, a 12-hour parking limit. This is important for aesthetics, safety, and emergency responder access, but perhaps most importantly it is a rule that all owners by virtue of their purchase agreed to abide by. For every owner who dislikes the parking rule, there is one or more owners who expect the parking rule to be adhered to and enforced; neighbors have a right to expect the restrictions to be honored.

The board is amenable, if violations can be rectified promptly and compliance maintained going forward, to considering adjusting the fines accrued to date. You are welcome to submit an adjustment request in a month for the board's consideration.

Sincerely,

Alice English, Goodwin Management, managing agent

**Portions of restrictions related to parking:**

<u>Street parking time limitation</u>. No vehicle (including motorcycles and scooters) may be parked or left on any portion of the Property[1] for longer than 12 hours at a time. In other words there is a 12-hour time limit for any vehicle to be parked on a street anywhere on the Property; moving a car to a different portion of the street within the property does not re-start the 12-hour clock.

<u>Traffic signs</u>. Residents must respect all street traffic signs in the neighborhood (for example all vehicles must fully stop at stop signs and abide by any posted speed limit).

<u>No parking areas</u>. No parking is allowed within 20 feet of a street corner, within 15 feet of a fire hydrant, or within 30 feet of a stop or yield sign. Vehicles parked on the street must be parked no further than 18" from the curb.

**Fine schedule**

*(Per the fine policy, the Board may vary from this schedule on a case-by-case basis (i.e., set fines higher or lower than indicated below), so long as that decision is based upon the facts surrounding that particular violation) :*

    A.  209 Violation Notice:      $25.00 fine*
          If the violation remains uncured/re-occurs after the initial fine(s):

    B.  Subsequent Violation Notices:    $50.00 fine*;
                               $100.00 fine*;
                               $125.00 fine*;
                               (Increases $25.00 for each additional notice).

*Per violation. In the case of a parking violation, each vehicle and each instance of violation after the deadline to cure is a separate violation. In the case of a lighting violation, each day the unapproved lighting remains past the deadline to cure is a separate violation.

---

[1] This 12-hour limitation does not apply to vehicles parked or left in a driveway or garage. The "Property" per the Declaration means all property in the Parkstone neighborhood – including streets and other common areas.

**Parkstone Property Owners' Association, Inc.**
**c/o Goodwin and Company**
**11149 Research, Suite 100, Austin, TX 78759-5227**
**Voice (512) 502-7518 fax (512) 346-4873**
**alice.english@goodwintx.com**

March 17, 2020

Alan and Tracey Stephens                                        via certified mail and regular mail
2200 Real Catorce
Austin, Texas 78746

                                        91 7199 9991 7039 6636 7537

Re: Notice of violations, Parkstone Property Owners' Association, Inc.

Dear Alan and Tracey,

This is to notify you of violations of the dedicatory instruments of the Parkstone Property Owners' Association, Inc. involving parking.

One of the primary roles of the Association is to help ensure that all residents abide by the deed restrictions in the community. We are sending this letter in hopes that you will cure these violations in a timely manner and bring your lot into compliance. You may cure this violation and avoid fines or further enforcement action by, no later than March 27th, 2020:

1) permanently ensuring that all resident and guest parking at your home is performed in accordance with the restrictions, including that no car may be parked on the street for a duration of more than 12 hours, and traffic signs must be obeyed. Relevant sections of the community rules are attached to this letter for reference.

Failure to cure by the deadlines noted above may result in fines and/or further enforcement action. Fines may be levied in accordance with the association's fine schedule, also attached for reference. In short, initial fine(s) would be $25/violation, with increasing fines should the violation continue.

State Law Notice: If you are currently serving on active military duty, you may be entitled to special rights of relief related to this enforcement action under federal law, including the Servicemembers Civil Relief Act. You may request a hearing before the Association's board of directors to discuss and verify facts related to this violation in an attempt to resolve this matter. Any such request must be submitted in writing to our office within 30 days of the date of this letter. If you do not cure the violation by the deadline noted above, attorneys' fees and other enforcement costs may be assessed to your account in accordance with state law.

On behalf of the association we thank you in advance for your assistance in resolving this matter.

Sincerely,

Alice English, Goodwin Management, managing agent

**Portions of restrictions related to parking:**

<u>Street parking time limitation</u>. No vehicle (including motorcycles and scooters) may be parked or left on any portion of the Property[1] for longer than 12 hours at a time. In other words there is a 12-hour time limit for any vehicle to be parked on a street anywhere on the Property; moving a car to a different portion of the street within the property does not re-start the 12-hour clock.

<u>Traffic signs</u>. Residents must respect all street traffic signs in the neighborhood (for example all vehicles must fully stop at stop signs and abide by any posted speed limit).

<u>No parking areas</u>. No parking is allowed within 20 feet of a street corner, within 15 feet of a fire hydrant, or within 30 feet of a stop or yield sign. Vehicles parked on the street must be parked no further than 18" from the curb.

**Fine schedule**

*(Per the fine policy, the Board may vary from this schedule on a case-by-case basis (i.e., set fines higher or lower than indicated below), so long as that decision is based upon the facts surrounding that particular violation) :*

    A. 209 Violation Notice:       $25.00 fine*
       If the violation remains uncured/re-occurs after the initial fine(s):

    B. Subsequent Violation Notices:    $50.00 fine*;
                                  $100.00 fine*;
                                  $125.00 fine*;
                                  (Increases $25.00 for each additional notice).

*Per violation. In the case of a parking violation, each vehicle and each instance of violation after the deadline to cure is a separate violation. In the case of a lighting violation, each day the unapproved lighting remains past the deadline to cure is a separate violation.

---

[1] This 12-hour limitation does not apply to vehicles parked or left in a driveway or garage. The "Property" per the Declaration means all property in the Parkstone neighborhood – including streets and other common areas.

**Parkstone Property Owners' Association, Inc.**
**c/o Goodwin and Company**
**11149 Research, Suite 100, Austin, TX 78759-5227**
**Voice (512) 502-7518 fax (512) 346-4873**
**alice.english@goodwintx.com**

April 10, 2020

**Certified Article Number**

9414 7266 9904 2162 7040 74

**SENDER'S RECORD**

Alan and Tracey Stephens                    via certified mail and regular mail
2200 Real Catorce
Austin, TX 78746

Re: Notice of additional violations, Parkstone Property Owners' Association, Inc. 2200 Real Catorce

Dear Alan and Tracey

This is in follow up to our prior notice of March 17, 2020 related to violations of the dedicatory instruments of the Parkstone Property Owners' Association, Inc. involving parking.

In that letter you were provided opportunity to address ongoing violations and to avoid fines and further enforcement action by, no later than March 27th, 2020 permanently ensuring that all resident and guest parking at your home is performed in accordance with the restrictions, including that no car may be parked on the street for a duration of more than 12 hours, and traffic signs must be obeyed. Relevant sections of the community rules are attached to this letter for reference.

Since the deadline to cure however there have been 10 instances of parking violations for longer than the 12-hour maximum time period. Fines of $25/violation have been assessed, for a total of $250. Should further violations continue and additional notifications be required, fines will increase to $50 per violation, with continued increases per the attached schedule.

On behalf of the association we thank you in advance for your assistance in resolving this matter.


Sincerely,

Alice English, Goodwin Management, managing agent

## Portions of restrictions related to parking:

Street parking time limitation. No vehicle (including motorcycles and scooters) may be parked or left on any portion of the Property[1] for longer than 12 hours at a time. In other words there is a 12-hour time limit for any vehicle to be parked on a street anywhere on the Property; moving a car to a different portion of the street within the property does not re-start the 12-hour clock.

Traffic signs. Residents must respect all street traffic signs in the neighborhood (for example all vehicles must fully stop at stop signs and abide by any posted speed limit).

No parking areas. No parking is allowed within 20 feet of a street corner, within 15 feet of a fire hydrant, or within 30 feet of a stop or yield sign. Vehicles parked on the street must be parked no further than 18" from the curb.

## Fine schedule

*(Per the fine policy, the Board may vary from this schedule on a case-by-case basis (i.e., set fines higher or lower than indicated below), so long as that decision is based upon the facts surrounding that particular violation)* :

    A.  209 Violation Notice:    $25.00 fine*
          If the violation remains uncured/re-occurs after the initial fine(s):

    B.  Subsequent Violation Notices:    $50.00 fine*;
                                         $100.00 fine*;
                                       $125.00 fine*;
                                       (Increases $25.00 for each additional notice).

*Per violation. In the case of a parking violation, each vehicle and each instance of violation after the deadline to cure is a separate violation. In the case of a lighting violation, each day the unapproved lighting remains past the deadline to cure is a separate violation.

---

[1] This 12-hour limitation does not apply to vehicles parked or left in a driveway or garage. The "Property" per the Declaration means all property in the Parkstone neighborhood – including streets and other common areas.

**Parkstone Property Owners' Association, Inc.**
c/o Goodwin and Company
11149 Research, Suite 100, Austin, TX 78759-5227
Voice (512) 502-7518 fax (512) 346-4873
alice.english@goodwintx.com

Certified Article Number

9414 7266 9904 2162 7041 11

SENDER'S RECORD

April 10, 2020

Alan and Tracey Stephens                    via certified mail and email alan.stephens@amdocs.com
2200 Real Catorce
Austin, TX 78746

Re: Notice of additional violations, Parkstone Property Owners' Association, Inc. 2200 Real Catorce

Dear Alan and Tracey

This is in follow up to our prior notices related to violations of the dedicatory instruments of the Parkstone Property Owners' Association, Inc. involving parking.

In prior letters you were provided opportunity to address ongoing violations and to avoid fines and further enforcement action by ensuring that all resident and guest parking at your home is performed in accordance with the restrictions, including that no car may be parked on the street for a duration of more than 12 hours, and traffic signs must be obeyed. Relevant sections of the community rules are attached to this letter for reference.

There have been seven additional instances of parking for longer than the 12-hour maximum time period. Fines of $50/violation have been assessed, for a total of $350. Should further violations continue and additional notifications be required, fines will increase per the attached schedule.

On behalf of the association we thank you in advance for your assistance in resolving this matter. Part of living in a deed-restricted community is the legal obligation to abide by the rules of the community. The board realizes that in a community of this size it is not realistic that all owners and residents will agree with the rules, but the rules are in place and all owners have a legal obligation to honor them. The Parkstone deed restrictions from the inception contemplated a community with limited street parking, a 12-hour parking limit. This is important for aesthetics, safety, and emergency responder access, but perhaps most importantly it is a rule that all owners by virtue of their purchase agreed to abide by. For every owner who dislikes the parking rule, there is one or more owners who expect the parking rule to be adhered to and enforced; neighbors have a right to expect the restrictions to be honored.

The board is amenable, if violations can be rectified promptly and compliance maintained going forward, to considering adjusting the fines accrued to date. You are welcome to submit an adjustment request in a month for the board's consideration.

Sincerely,

Alice English, Goodwin Management, managing agent

### Portions of restrictions related to parking:

Street parking time limitation. No vehicle (including motorcycles and scooters) may be parked or left on any portion of the Property[1] for longer than 12 hours at a time. In other words there is a 12-hour time limit for any vehicle to be parked on a street anywhere on the Property; moving a car to a different portion of the street within the property does not re-start the 12-hour clock.

Traffic signs. Residents must respect all street traffic signs in the neighborhood (for example all vehicles must fully stop at stop signs and abide by any posted speed limit).

No parking areas. No parking is allowed within 20 feet of a street corner, within 15 feet of a fire hydrant, or within 30 feet of a stop or yield sign. Vehicles parked on the street must be parked no further than 18" from the curb.

### Fine schedule

*(Per the fine policy, the Board may vary from this schedule on a case-by-case basis (i.e., set fines higher or lower than indicated below), so long as that decision is based upon the facts surrounding that particular violation)* :

    A.  2ó9 Violation Notice:      $25.00 fine*
        If the violation remains uncured/re-occurs after the initial fine(s):

    B.  Subsequent Violation Notices:    $50.00 fine*;
                                    $100.00 fine*;
                                      $125.00 fine*;
        :                              (Increases $25.00 for each additional notice).

*Per violation. In the case of a parking violation, each vehicle and each instance of violation after the deadline to cure is a separate violation. In the case of a lighting violation, each day the unapproved lighting remains past the deadline to cure is a separate violation.

---

[1] This 12-hour limitation does not apply to vehicles parked or left in a driveway or garage. The "Property" per the Declaration means all property in the Parkstone neighborhood – including streets and other common areas.

**The Parkstone Property Owners' Association, Inc.**
c/o Goodwin and Company
11149 Research, Suite 100, Austin, TX 78759-5227
Voice (512) 502-7518 fax (512) 346-4873
alice.english@goodwintx.com

Certified Article Number

9414 7266 9904 2162 7026 74

SENDER'S RECORD

April 30, 2020

Alan and Tracey Stephens                    via certified mail and email alan.stephens@amdocs.com
2200 Real Catorce
Austin, TX 78746

Re: Notice of additional violations, Parkstone Property Owners' Association, Inc. 2200 Real Catorce

Dear Alan and Tracey

This is in follow up to our prior notices related to violations of the dedicatory instruments of the Parkstone Property Owners' Association, Inc. involving parking. Prior notices were sent March 17, April 10th, and April 17th (the notice mailed and emailed April 17th was mistakenly dated April 10th).

In prior letters you were provided opportunity to address ongoing violations and to avoid fines and further enforcement action by ensuring that all resident and guest parking at your home is performed in accordance with the restrictions, including that no car may be parked on the street for a duration of more than 12 hours, and traffic signs must be obeyed. Relevant sections of the community rules are attached to this letter for reference.

There have been two additional instances of parking for longer than the 12-hour maximum time period. Fines of $100/violation have been assessed, for a total of $200. Should further violations continue and additional notifications be required, fines will increase per the attached schedule.

On behalf of the association we thank you in advance for your assistance in resolving this matter. Part of living in a deed-restricted community is the legal obligation to abide by the rules of the community. The board realizes that in a community of this size it is not realistic that all owners and residents will agree with the rules, but the rules are in place and all owners have a legal obligation to honor them. The Parkstone deed restrictions from the inception contemplated a community with limited street parking, a 12-hour parking limit. This is important for aesthetics, safety, and emergency responder access, but perhaps most importantly it is a rule that all owners by virtue of their purchase agreed to abide by. For every owner who dislikes the parking rule, there is one or more owners who expect the parking rule to be adhered to and enforced; neighbors have a right to expect the restrictions to be honored.

Sincerely,

Alice English, Goodwin Management, managing agent

## Portions of restrictions related to parking:

<u>Street parking time limitation</u>. No vehicle (including motorcycles and scooters) may be parked or left on any portion of the Property[1] for longer than 12 hours at a time. In other words there is a 12-hour time limit for any vehicle to be parked on a street anywhere on the Property; moving a car to a different portion of the street within the property does not re-start the 12-hour clock.

<u>Traffic signs</u>. Residents must respect all street traffic signs in the neighborhood (for example all vehicles must fully stop at stop signs and abide by any posted speed limit).

<u>No parking areas</u>. No parking is allowed within 20 feet of a street corner, within 15 feet of a fire hydrant, or within 30 feet of a stop or yield sign. Vehicles parked on the street must be parked no further than 18" from the curb.


## Fine schedule

*(Per the fine policy, the Board may vary from this schedule on a case-by-case basis (i.e., set fines higher or lower than indicated below), so long as that decision is based upon the facts surrounding that particular violation)* :

    A.  209 Violation Notice:      $25.00 fine*
         If the violation remains uncured/re-occurs after the initial fine(s):

    B.  Subsequent Violation Notices:    $50.00 fine*;
                                          $100.00 fine*;
                                        $125.00 fine*;
                                        (Increases $25.00 for each additional notice).


*Per violation. In the case of a parking violation, each vehicle and each instance of violation after the deadline to cure is a separate violation. In the case of a lighting violation, each day the unapproved lighting remains past the deadline to cure is a separate violation.

---

[1] This 12-hour limitation does not apply to vehicles parked or left in a driveway or garage. The "Property" per the Declaration means all property in the Parkstone neighborhood – including streets and other common areas.

# Exhibit 1-B

# Parkstone POA

## c/o Goodwin Management, Inc.
## 11149 Research Blvd. Suite 100, Austin TX 78759-5227

### Office (512) 502-7517

October 1, 2014

UnitKey: 91457
VID: 464884

Ling Zhou and Fenglin Du
2105 Real Catorce
Austin, TX 78746

**RE: 1st violation - 2105 Real Catorce**
   **Violation Date - 9/30/2014; Fine Assessed: $0.00**
   **Property inspected by Board of Directors**

Dear Homeowner:

As the owner of the above captioned property it is your responsibility to comply with the Conditions, Covenants, and Restrictions (CCR's) and rules and regulations concerning the association. Please accept this letter as a friendly reminder that you are in violation of the CCR's and/or rules and regulations as follows:

   Parking - Excessive parking in street is not allowed.


Comments:   PARK IN YOUR DRIVEWAY AND NOT ON THE HOA'S STREET

The Board, acting on behalf of all the owners, sets the policy to enforce the CCR's and rules and regulations in order to preserve and enhance property values.

Your cooperation in curing any existing violations and preventing future violations is greatly appreciated.

on Behalf of the Board of Directors of Parkstone POA,

*Carl Gamble*

Carl Gamble, Property Manager
direct office line (512) 502-7517
email: Carl.Gamble@goodwintx.com

*The following information is required by law: As the property owner you are entitled to a reasonable period of time to cure this violation if the association has not notified you of the same or a similar violation within the past 6 months in order to avoid any fines or any suspension of your rights as an association member. If this violation, or a similar type of violation, has occurred in the past six months, you may be liable for fines. If a fine has been assessed, it is noted in this letter. You may request a hearing before the Board to discuss and verify facts and resolve the matter in issue. Your written request for a hearing must be submitted within 30 days of your receipt of this letter. Any such hearing will take place within 30 days following the date your request is received by the Board. In the event an attorney is retained to enforce compliance or the collection of any money due to the association, you will be responsible for the payment of attorney's fees and/or costs of collection after the expiration of 30 days of the date you receive this letter if no hearing has been requested, or immediately after any such hearing provided the Board does not waive the fine(s). Owners may have special rights or relief related to the violation under federal law, including the Service Members Civil Relief Act (50 USC app. Section 501 et seq) if a homeowner is on active military duty. Please notify us immediately if you are a Service Member.*

NIEMANN & HEYER, L.L.P.
ATTORNEYS AT LAW
WESTGATE BUILDING, SUITE 313
1122 COLORADO STREET
AUSTIN, TEXAS 78701-2101

CONNIE NIEMANN HEYER
WILLIAM M. HEYER
EMILY K. NEWELL

TELEPHONE (512) 474-6901
FAX (512) 474-0717
CONNIEHEYER@NIEMANNLAW.COM
WILLIAMHEYER@NIEMANNLAW.COM
EMILYNEWELL@NIEMANNLAW.COM

October 23, 2014

*via first class mail, certified mail, return receipt requested,
and email (fenglindu@hotmail.com; lingzhou2001@hotmail.com)*

Ling Zhou and Fenglin Du
4510 Devonshire St.
Sugarland, TX 77479

**Certified Article Number**

7196 9008 9111 8136 8226

**SENDERS RECORD**

Re: Deed restriction violations (rental violations, parking violations), Parkstone
Property Owners Association, Inc., 2105 Real Catorce

Dear Mr. Zhou and Ms. Du,

This firm represents the Parkstone Property Owners Association, Inc. ("Association"). This letter is to notify you that you and your tenants have committed violations of the Association's deed restrictions. Your leasing to multiple men, reportedly 4-6 living there are any one time, is in violation of the single family use restriction of the deed restrictions. Additionally, your tenants have been parking on the streets in violation of the Association's deed restrictions.

The Association's deed restrictions prohibit apartment houses, flats, lodging houses or hotels, and also restrict use to single family use only. (Declaration §2.1). It appears clear that between 4 to 6 (and possibly more) unrelated males are residing in your home. Furthermore, your home is listed as a homestead exempt property, and that exemption is only allowable if the home is your principal residence. This latter matter is not an association matter but you may wish to speak with your own attorney about it.

Additionally, the Association's Declaration §2.11(a) prohibits vehicles from being parked on the street for longer than twelve (12) hours at a time. Your tenants and/or their guests leave their vehicles on the street for extended periods of time in violation of this Declaration provision.

You may cure the single family use violation and avoid further enforcement action for this violation by, no later than **30 days from the date of this letter**, returning the use of the property to single family use and providing confirmation of this to the Association. You may cure the parking violations and avoid further enforcement action for this violation by, **no later than 5 days from the date of this letter**, ensuring that no violations of the parking restrictions outlined above are committed by your tenants or their guests or invitees.

Additionally, per state law requirements, please be informed all further enforcement costs, including attorneys' fees, may be assessed to your account if the respective violations are not cured by the deadlines noted above.

State law notice: You have 30 days to request a hearing before the board to discuss these violations should you choose to do so. Owners may have special rights or relief related to the enforcement action under federal law, including the Servicemembers Civil Relief Act (50 USC app. Section 501 et seq) if an owner is serving on active military duty.

Your prompt attention to this matter is appreciated. The Board has every wish to settle this matter amicably, and appreciates in advance your cooperation in seeing that this matter is resolved promptly. Thank you.

Sincerely,

NIEMANN & HEYER, L.L.P.

By _____
Connie N. Heyer

Xc:    Carl Gamble, via email

Fileserver:CLIENTS:Parkstone:2105 Real Catorce Dr:ViolationLtrRentalParkingBN10-14.doc

2