EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HARMONY HAUS WESTLAKE, L.L.C., LING ZHOU, AND FENGLIN DU | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § | CIVIL ACTION NO. 1:20-CV-486-XR |
| PARKSTONE PROPERTY OWNERS ASSOCIATION, INC. | § § § § | |
| *Defendant.* | § | |

## **ORDER DENYING PLAINTIFFS' AMENDED MOTION FOR TRO**

On this day, after all legal prerequisites have been complied with, the Court having considered Plaintiffs' Amended Motion for Temporary Restraining Order and Preliminary Injunction, Defendant's Response, other documents on file, and the arguments of counsel, is of the opinion that Plaintiffs' Amended Motion for Temporary Restraining Order should be **DENIED**.

**IT IS THEREFORE ORDERED** that Plaintiffs' Amended Motion for Temporary Restraining Order is denied.

SIGNED on this \_\_\_\_ day of _____ , 2020.

_____
JUDGE PRESIDING