IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HARMONY HAUS WESTLAKE, L.L.C., LING ZHOU, AND FENGLIN DU | § § § § | |
| *Plaintiffs and Counter-Defendants,* | § § | |
| v. | § § | CIVIL ACTION NO. 1:20-CV-486-XR |
| PARKSTONE PROPERTY OWNERS ASSOCIATION, INC. | § § § | |
| *Defendant and Counter-Plaintiff.* | § § | |

## JOINT TESTIFYING EXPERT DESIGNATIONS FOR PARTIES RESISTING CLAIMS FOR AFFIRMATIVE RELIEF

Pursuant to the Court's Scheduling Order, parties resisting claims for relief have until October 30, 2020 to file such designations. In an abundance of caution this document is being filed jointly by both sides as Plaintiffs and Defendant are also respectively Counter-Defendants and a Counter-Plaintiff or also parties resisting claims for affirmative relief. Consequently, Plaintiffs Harmony Haus, Zhou, and Du designate Mark Whitburn on attorneys' fees with respect to the defense of and to challenge any claims made by Counter-Plaintiff Parkstone; Defendant Parkstone designates Eric Hansum on attorneys' fees with respect to the defense of and to challenge any claims made by Plaintiffs.

Respectfully submitted,

NIEMANN & HEYER, LLP
Westgate Building, Suite 313
1122 Colorado Street
Austin, Texas 78701
Telephone: (512) 474-6901
Fax: (512) 474-0717

/s/ Eric J. Hansum
Eric J. Hansum, Of Counsel Texas
Texas State Bar No. 24027225
erichansum@niemannlaw.com

**ATTORNEYS FOR THE PARKSTONE PROPERTY OWNERS ASSOCIATION, INC.**

**Whitburn & Pevsner, PLLC**
2000 E. Lamar Blvd., Suite 600
Arlington, Texas 76006
Tel: (817) 653-4547
Fax: (817) 653-4477

*/s/ Mark Whitburn*
**Mark Whitburn**
Texas Bar No. 24042144
mwhitburn@whitburnpevsner.com

**ATTORNEYS FOR HARMONY HAUS, ZHOU, AND DU**

## CERTIFICATE OF SERVICE

I certify that on October 28, 2020, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Eric J. Hansum*
Eric J. Hansum