Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HARMONY HAUS WESTLAKE, L.L.C., et al., § § § | |
| Plaintiffs and Counter-Defendants, § § | |
| v. § | CIVIL NO. 1-20-CV-486-XR |
| § | |
| PARKSTONE PROPERTY OWNERS ASSOCIATION, INC., § § § | |
| Defendant and Counter-Plaintiff. § § | |

## ORDER ON PARKSTONE'S MOTION TO STRIKE EXPERT DR. BEARE

On the date shown below, came to be considered Parkstone's Motion to Strike Expert Dr. Beare. The Court, having considered same, the documents on file, and the arguments of counsel, is of the opinion that such Motion should be in all things **GRANTED**.

**IT IS, THEREFORE, ORDERED**, that Parkstone's Motion to Strike Dr. Beare is granted. The Court strikes any proffered expert testimony from Dr. Beare and he is not permitted to testify at trial in this matter.

SIGNED this _____ day of _____, 2021.

_____
Honorable Xavier Rodriguez
United States District Judge