# Exhibit 1 – English's Declaration

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HARMONY HAUS WESTLAKE, L.L.C., et al., | § § § |
| Plaintiffs and Counter-Defendants, | § § § |
| v. | §  CIVIL NO. 1-20-CV-486-XR § |
| PARKSTONE PROPERTY OWNERS ASSOCIATION, INC., | § § § § |
| Defendant and Counter-Plaintiff. | § |

## Declaration of Alice English

1. I am over 18 years of age, of sound mind, and fully competent to make this Declaration.

2. I am an employee of Goodwin & Company, the property manager for the Parkstone Property Owners Association, Inc. (**Parkstone**). I am familiar with the manner in which its records are created and maintained by virtue of my duties and responsibilities. I have personal knowledge of the facts stated in this Declaration, and they are true and correct.

3. Attached to this Declaration are various records I am a custodian of on behalf of Parkstone as its property manager. These are the original records or exact duplicates of the original records. Exhibit A contains a spreadsheet that tracks the different types of deed restriction violations that occurred by homeowners and their guests in Parkstone for a several year period before Harmony Haus's arrival. Exhibit B consists of meeting minutes concerning the passage Parkstone's rule clarification and subsequent fine cap. Exhibit C is correspondence to Mr. Zhou relating to parking issues for his tenants back in 2014.

Page 1

4. These records were made at or near the time of each act, event, condition, opinion, or diagnosis set forth or from information transmitted by persons with knowledge of the matters set forth. These records were kept in the course of the regularly conducted business activity of Parkstone. It is the regular practice of Parkstone to make or have someone else make these records.

5. I have reviewed the foregoing Declaration and I declare under penalty of perjury that the foregoing statements are true and correct.

Date: 1-27-2021

Alice English

# Exhibit A – Parkstone's history of deed restriction violations

| VLtrDate | VSeqNo | VDate | VFineAmt | VLastName | VAddress | VDesc | VInspector | VAddedBy |
|---|---|---|---|---|---|---|---|---|
| 2013-02-22 00:00 | 1st | 2013-02-20 00:00 | 0 | Momin | 2201 Real Catorce | Parking - Excessive parking in street is not allowed. | Carl Gamble | |
| 2013-07-31 00:00 | 1st | 2013-07-31 00:00 | 0 | Michael and James Ferguson | 4000 Preservation Cove | Trash - Trash, debris, unsightly objects must be kept out of view. | Carl Gamble | Carl Gamble |
| 2013-08-23 00:00 | courtesy notice | 2013-08-22 00:00 | 0 | Dye | 2009 Cerca Viejo Way | Trash Can - Trash container may not be in view | Carl Gamble | Carl Gamble |
| 2013-08-23 00:00 | courtesy notice | 2013-08-22 00:00 | 0 | Dye | 2009 Cerca Viejo Way | Unsightly Condition - Unsightly articles left in view. | Carl Gamble | Carl Gamble |
| 2013-09-09 00:00 | 2nd | 2013-09-06 00:00 | 0 | Dye | 2009 Cerca Viejo Way | Unsightly Condition - Unsightly articles left in view. | Carl Gamble | Carl Gamble |
| 2013-09-09 00:00 | 2nd | 2013-09-06 00:00 | 0 | Dye | 2009 Cerca Viejo Way | Trash Can - Trash container may not be in view | Carl Gamble | Carl Gamble |
| 2013-09-26 00:00 | courtesy notice | 2013-09-23 00:00 | 0 | Hudson and Shirley Sturdivant | 4001 Campo Viejo Cove | Portable Storage - Approval required for portable storage containers. | Carl Gamble | Carl Gamble |
| 2013-10-23 00:00 | courtesy notice | 2013-10-21 00:00 | 0 | Esch | 4000 Preservation Cove | Construction Activity - Construction activity not in accordance with code. | Carl Gamble | Carl Gamble |
| 2013-11-06 00:00 | 1st | 2012-11-04 00:00 | 0 | Zhou and Fenglin Du | 2105 Real Catorce | Landscape - Yard maintenance needed - Please mow/edge/trim as needed | Carl Gamble | Carl Gamble |
| 2014-03-19 00:00 | 1st | 2014-03-17 00:00 | 0 | Momin | 2201 Real Catorce | Parking - Parking on street without association approval is not allowed | Carl Gamble | Carl Gamble |
| 2014-05-07 00:00 | Courtesy Notice | 2014-05-05 00:00 | 0 | Zhou and Fenglin Du | 2105 Real Catorce | Landscape - Yard maintenance needed - Please mow/edge/trim as needed | Carl Gamble | Carl Gamble |
| 2014-05-07 00:00 | Courtesy Notice | 2014-05-05 00:00 | 0 | Esch | 4000 Preservation Cove | Landscape - Yard maintenance needed - Please mow/edge/trim as needed | Carl Gamble | Carl Gamble |
| 2014-07-16 00:00 | 1st | 2014-07-14 00:00 | 0 | Danson | 1800 Randolph Ridge Trail | Improvement - Please cease construction immediately | Board of Directors | Carl Gamble |
| 2014-08-11 00:00 | Courtesy Notice | 2014-08-11 00:00 | 0 | Zhou and Fenglin Du | 2105 Real Catorce | Landscape - Yard maintenance needed. | Carl Gamble | Carl Gamble |
| 2014-10-01 00:00 | 1st | 2014-09-30 00:00 | 0 | Zhou and Fenglin Du | 2105 Real Catorce | Parking - Excessive parking in street is not allowed. | Board of Directors | Carl Gamble |
| 2014-10-01 00:00 | 2nd | 2014-09-30 00:00 | 0 | Danson | 1800 Randolph Ridge Trail | Improvement - Please cease construction immediately | Board of Directors | Carl Gamble |
| 2014-11-05 00:00 | 3rd | 2014-11-03 00:00 | 50 | Danson | 1800 Randolph Ridge Trail | Improvement - Architectural control approval is required for any modification or alteration. | Carl Gamble | Carl Gamble |
| 2015-01-12 00:00 | Courtesy Notice | 2015-01-12 00:00 | 0 | Breedlove | 2205 Real Catorce | Trash Can - Trash can/receptacle in public view on non-trash day | Carl Gamble | Carl Gamble |
| 2015-04-22 00:00 | Courtesy Notice | 2015-04-20 00:00 | 0 | Danson | 1800 Randolph Ridge Trail | Trash Can - Trash container may not be in view | Carl Gamble | Carl Gamble |
| 2015-07-15 00:00 | Courtesy Notice | 2015-07-13 00:00 | 0 | Vishwanath | 1801 Real Catorce | Trash Can - Trash container may not be in view | Carl Gamble | Carl Gamble |
| 2015-07-15 00:00 | Courtesy Notice | 2015-07-13 00:00 | 0 | Vishwanath | 1801 Real Catorce | Trash Can - Trash container may not be in view | Carl Gamble | Carl Gamble |
| 2015-08-11 00:00 | 2nd | 2015-08-10 00:00 | 0 | Vishwanath | 1801 Real Catorce | Trash Can - Trash container may not be in view | Carl Gamble | Carl Gamble |
| 2016-05-16 00:00 | Courtesy Notice | 2016-05-13 00:00 | 0 | Zhou & Fenglin Du | 2105 Real Catorce | Landscape - Yard maintenance needed - Please mow/edge/trim as needed | Carl Gamble | Carl Gamble |
| 2016-05-25 00:00 | Courtesy Notice | 2016-05-23 00:00 | 0 | Lai | 2204 Real Catorce | | Carl Gamble | Carl Gamble |
| 2016-05-25 00:00 | Courtesy Notice | 2016-05-23 00:00 | 0 | Esch | 4000 Preservation Cove | Trash Can - Trash container may not be in view | Carl Gamble | Carl Gamble |
| 2017-03-22 00:00 | 1st | 2017-03-20 00:00 | 0 | Marawi | 2005 Real Catorce | Landscape - Yard maintenance needed. | Carl Gamble | Carl Gamble |
| 2017-04-05 00:00 | 1st | 2017-04-03 00:00 | 0 | Zhou & Fenglin Du | 2105 Real Catorce | Landscape - Yard maintenance needed - Please mow/edge/trim as needed | Cameron McDonald | Carl Gamble |
| 2017-04-11 00:00 | 1st | 2017-04-11 00:00 | 0 | Gullapalli | 2009 Cerca Viejo Way | Parking - Excessive parking in street is not allowed. | Carl Gamble | Carl Gamble |
| 2017-04-11 00:00 | 1st | 2017-04-11 00:00 | 0 | Gullapalli | 2009 Cerca Viejo Way | Parking - Excessive parking in street is not allowed. | Carl Gamble | Carl Gamble |

HOA 000254

| Date | Notice Type | Date 2 | | Name | Address | Violation | Inspector | Inspector 2 |
|---|---|---|---|---|---|---|---|---|
| 2017-08-23 00:00 | 1st | 2017-08-21 00:00 | 0 | Zhou & Fenglin Du | 2105 Real Catorce | Trash - Trash must be kept out of view at all times. | Carl Gamble | Carl Gamble |
| 2017-12-07 00:00 | 1st | 2017-12-04 00:00 | 0 | Vishwanath | 1801 Real Catorce | Trash Can - Trash container may not be in view | Carl Gamble | Carl Gamble |
| 2017-12-07 00:00 | 1st | 2017-12-04 00:00 | 0 | Zhou & Fenglin Du | 2105 Real Catorce | Trash Can - Trash container may not be in view | Carl Gamble | Carl Gamble |
| 5/16/2016 0:00 | Courtesy Notice | 5/13/2016 0:00 | 0 | Zhou & Fenglin Du | 2105 Real Catorce | Landscape - Yard maintenance needed - Please mow/edge/trim as needed | Carl Gamble | Carl Gamble |
| 5/25/2016 0:00 | Courtesy Notice | 5/23/2016 0:00 | 0 | Lai | 2204 Real Catorce | | Carl Gamble | Carl Gamble |
| 5/25/2016 0:00 | Courtesy Notice | 5/23/2016 0:00 | 0 | Esch | 4000 Preservation Cove | Trash Can - Trash container may not be in view | Carl Gamble | Carl Gamble |
| 3/22/2017 0:00 | 1st | 3/20/2017 0:00 | 0 | Marawi | 2005 Real Catorce | Landscape - Yard maintenance needed. | Carl Gamble | Carl Gamble |
| 4/5/2017 0:00 | 1st | 4/3/2017 0:00 | 0 | Zhou & Fenglin Du | 2105 Real Catorce | Landscape - Yard maintenance needed - Please mow/edge/trim as needed | Cameron McDonald | Carl Gamble |
| 4/11/2017 0:00 | 1st | 4/11/2017 0:00 | 0 | Gullapalli | 2009 Cerca Viejo Way | Parking - Excessive parking in street is not allowed. | Carl Gamble | Carl Gamble |
| 4/11/2017 0:00 | 1st | 4/11/2017 0:00 | 0 | Gullapalli | 2009 Cerca Viejo Way | Parking - Excessive parking in street is not allowed. | Carl Gamble | Carl Gamble |
| 8/23/2017 0:00 | 1st | 8/21/2017 0:00 | 0 | Zhou & Fenglin Du | 2105 Real Catorce | Trash - Trash must be kept out of view at all times. | Carl Gamble | Carl Gamble |
| 12/7/2017 0:00 | 1st | 12/4/2017 0:00 | 0 | Vishwanath | 1801 Real Catorce | Trash Can - Trash container may not be in view | Carl Gamble | Carl Gamble |
| 12/7/2017 0:00 | 1st | 12/4/2017 0:00 | 0 | Zhou & Fenglin Du | 2105 Real Catorce | Trash Can - Trash container may not be in view | Carl Gamble | Carl Gamble |
| 3/24/2018 0:00 | | | 0 | Lilly | 2000 Cerca Viejo Way | | | Carl Gamble |
| 7/29/2019 0:00 | Courtesy Notice | 7/29/2019 0:00 | 0 | Beago | 1809 Randolph Ridge Trail | Trash Can - Trash can/receptacle in public view on non-trash day | Derek Taylor | Derek Taylor |
| 7/29/2019 0:00 | Courtesy Notice | 7/29/2019 0:00 | 0 | Paull | 2001 Real Catorce | Trash Can - Trash can/receptacle in public view on non-trash day | Derek Taylor | Derek Taylor |
| 7/29/2019 0:00 | Courtesy Notice | 7/29/2019 0:00 | 0 | Momin | 2201 Real Catorce | Trash Can - Trash can/receptacle in public view on non-trash day | Derek Taylor | Derek Taylor |
| 7/29/2019 0:00 | Courtesy Notice | 7/29/2019 0:00 | 0 | Lai | 2204 Real Catorce | Trash Can - Trash can/receptacle in public view on non-trash day | Derek Taylor | Derek Taylor |
| 7/29/2019 0:00 | Courtesy Notice | 7/29/2019 0:00 | 0 | Keller | 2212 Real Catorce | Trash Can - Trash can/receptacle in public view on non-trash day | Derek Taylor | Derek Taylor |
| 7/29/2019 0:00 | Courtesy Notice | 7/29/2019 0:00 | 0 | Pye | 4001 Preservation Cove | Trash Can - Trash can/receptacle in public view on non-trash day | Derek Taylor | Derek Taylor |
| 9/20/2019 0:00 | Courtesy Notice | 9/20/2019 0:00 | 0 | Bundrant | 1805 Randolph Ridge Trail | Parking - Street parking is not permitted | Derek Taylor | Derek Taylor |
| 9/20/2019 0:00 | Courtesy Notice | 9/20/2019 0:00 | 0 | Bundrant | 1805 Randolph Ridge Trail | Trash Can - Trash can/receptacle in public view on non-trash day | Derek Taylor | Derek Taylor |
| 9/20/2019 0:00 | Seen | 9/20/2019 0:00 | 0 | Martin | 1807 Real Catorce | Parking - Parking in unacceptable location/manner is not permitted. | Derek Taylor | Derek Taylor |
| 9/20/2019 0:00 | Courtesy Notice | 9/20/2019 0:00 | 0 | Beago | 1809 Randolph Ridge Trail | Parking - Parking in unacceptable location/manner is not permitted. | Derek Taylor | Derek Taylor |
| 9/20/2019 0:00 | Courtesy Notice | 9/20/2019 0:00 | 0 | McMurry | 1811 Real Catorce | Parking - Parking in unacceptable location/manner is not permitted. | Derek Taylor | Derek Taylor |
| 9/20/2019 0:00 | Courtesy Notice | 9/20/2019 0:00 | 0 | McMurry | 1811 Real Catorce | Trash Can - Trash can/receptacle in public view on non-trash day | Derek Taylor | Derek Taylor |
| 9/20/2019 0:00 | Courtesy Notice | 9/20/2019 0:00 | 0 | Kohli | 1909 Real Catorce | Landscape - Tree trimming needed | Derek Taylor | Derek Taylor |
| 9/20/2019 0:00 | Seen | 9/20/2019 0:00 | 0 | Nunan | 1913 Real Catorce | Landscape - Overgrown shrubs and trees must be trimmed | Derek Taylor | Derek Taylor |
| 9/20/2019 0:00 | Courtesy Notice | 9/20/2019 0:00 | 0 | Lai | 2204 Real Catorce | Trash Can - Trash can/receptacle in public view on non-trash day | Derek Taylor | Derek Taylor |
| 9/20/2019 0:00 | Courtesy Notice | 9/20/2019 0:00 | 0 | Breedlove | 2205 Real Catorce | Landscape - Overgrown shrubs and trees must be trimmed | Derek Taylor | Derek Taylor |
| 9/20/2019 0:00 | Courtesy Notice | 9/20/2019 0:00 | 0 | Miracle | 4000 Preservation Cove | Parking - Parking in unacceptable location/manner is not permitted. | Derek Taylor | Derek Taylor |

| Date | Type | Date 2 | 0 | Name | Address | Violation | Reporter | Signer |
|---|---|---|---|---|---|---|---|---|
| 9/20/2019 0:00 | Courtesy Notice | 9/20/2019 0:00 | 0 | Copeland | 4005 Preservation Cove | Parking - Parking in unacceptable location/manner is not permitted. | Derek Taylor | Derek Taylor |
| 9/20/2019 0:00 | Courtesy Notice | 9/20/2019 0:00 | 0 | Gullapalli | 2009 Cerca Viejo Way | Parking - Parking in unacceptable location/manner is not permitted. | Derek Taylor | Derek Taylor |
| 9/20/2019 0:00 | Courtesy Notice | 9/20/2019 0:00 | 0 | Dukes | 2013 Cerca Viejo Way | Parking - Parking in unacceptable location/manner is not permitted. | Derek Taylor | Derek Taylor |
| 9/20/2019 0:00 | Courtesy Notice | 9/20/2019 0:00 | 0 | Date | 2020 Cerca Viejo Way | Parking - Parking in unacceptable location/manner is not permitted. | Derek Taylor | Derek Taylor |
| 9/20/2019 0:00 | Courtesy Notice | 9/20/2019 0:00 | 0 | Zhou & Fenglin Du | 2105 Real Catorce | Landscape - Tree trimmings/debris must be removed | Derek Taylor | Derek Taylor |
| 9/20/2019 0:00 | Courtesy Notice | 9/20/2019 0:00 | 0 | Momin | 2201 Real Catorce | Parking - Parking in unacceptable location/manner is not permitted. | Derek Taylor | Derek Taylor |
| 9/20/2019 0:00 | 2nd | 9/20/2019 0:00 | 0 | Momin | 2201 Real Catorce | Trash Can - Trash can/receptacle in public view on non-trash day | Derek Taylor | Derek Taylor |
| 9/20/2019 0:00 | | 9/20/2019 0:00 | 0 | Lai | 2204 Real Catorce | Parking - Parking in unacceptable location/manner is not permitted. | Derek Taylor | Derek Taylor |
| 10/8/2019 0:00 | Courtesy Notice | 10/8/2019 0:00 | 0 | Blaydon & Cynthia Gorczyca | 2005 Cerca Viejo Way | Landscape - Recovery of turf is required. | Derek Taylor | Derek Taylor |
| 10/8/2019 0:00 | Courtesy Notice | 10/8/2019 0:00 | 0 | Zhou & Fenglin Du | 2105 Real Catorce | Landscape - Recovery of turf is required. | Derek Taylor | Derek Taylor |
| 10/8/2019 0:00 | Courtesy Notice | 10/8/2019 0:00 | 0 | Momin | 2201 Real Catorce | Landscape - Recovery of turf is required. | Derek Taylor | Derek Taylor |
| 10/8/2019 0:00 | Courtesy Notice | 10/8/2019 0:00 | 0 | Lai | 2204 Real Catorce | Landscape - Recovery of turf is required. | Derek Taylor | Derek Taylor |
| 10/18/2019 0:00 | Courtesy Notice | 10/18/2019 0:00 | 0 | Danson | 1800 Randolph Ridge Trail | Landscape - Overgrown shrubs and trees must be trimmed | Derek Taylor | Derek Taylor |
| 10/18/2019 0:00 | Courtesy Notice | 10/18/2019 0:00 | 0 | Tang & Yingfeng Chen | 1804 Randolph Ridge Trail | Landscape - Overgrown shrubs and trees must be trimmed | Derek Taylor | Derek Taylor |
| 10/18/2019 0:00 | Courtesy Notice | 10/18/2019 0:00 | 0 | Gullapalli | 2009 Cerca Viejo Way | Trash Can - Trash can/receptacle in public view on non-trash day | Derek Taylor | Derek Taylor |
| 10/18/2019 0:00 | Courtesy Notice | 10/18/2019 0:00 | 0 | Stephens | 2200 Real Catorce | Parking - Street parking is not permitted | Derek Taylor | Derek Taylor |
| 10/18/2019 0:00 | Courtesy Notice | 10/18/2019 0:00 | 0 | Momin | 2201 Real Catorce | Parking - Street parking is not permitted | Derek Taylor | Derek Taylor |
| 10/18/2019 0:00 | Seen | 10/18/2019 0:00 | 0 | Miracle | 4000 Preservation Cove | Parking - Street parking is not permitted | Derek Taylor | Derek Taylor |
| 10/15/2019 0:00 | Courtesy Notice | 10/15/2019 0:00 | 0 | Zhou & Fenglin Du | 2105 Real Catorce | Improvement - Architectural control approval is required for any modification or alteration. | Concerned Neighbor | Alice English |
| 10/25/2019 0:00 | | 10/25/2019 0:00 | 0 | Danson | 1800 Randolph Ridge Trail | | Concerned Neighbor | Alice English |
| 11/1/2019 0:00 | Courtesy Notice | 11/1/2019 0:00 | 0 | Beago | 1809 Randolph Ridge Trail | Unsightly Condition - Unsightly articles left in view. | Derek Taylor | Derek Taylor |
| 11/1/2019 0:00 | Courtesy Notice | 11/1/2019 0:00 | 0 | Laessig | 1905 Real Catorce | Boat/Trailer/RV - Boat/trailer may not be in view | Derek Taylor | Derek Taylor |
| 11/1/2019 0:00 | Courtesy Notice | 11/1/2019 0:00 | 0 | Nunan | 1913 Real Catorce | Trash Can - Trash can/receptacle in public view on non-trash day | Derek Taylor | Derek Taylor |
| 11/1/2019 0:00 | Courtesy Notice | 11/1/2019 0:00 | 0 | Suman | 2017 Real Catorce | Property Maint/Repairs - General property maintenance/repairs needed. | Derek Taylor | Derek Taylor |
| 11/1/2019 0:00 | 3rd | 11/1/2019 0:00 | 0 | Momin | 2201 Real Catorce | Trash Can - Trash can/receptacle in public view on non-trash day | Derek Taylor | Derek Taylor |
| 11/1/2019 0:00 | Courtesy Notice | 11/1/2019 0:00 | 0 | Keller | 2212 Real Catorce | Improvement - Architectural control approval is required for any modification or alteration. | Derek Taylor | Derek Taylor |
| 11/15/2019 0:00 | 2nd | 11/15/2019 0:00 | 0 | McMurry | 1811 Real Catorce | Trash Can - Trash can/receptacle in public view on non-trash day | Derek Taylor | Derek Taylor |
| 11/15/2019 0:00 | 4th | 11/15/2019 0:00 | 0 | Momin | 2201 Real Catorce | Trash Can - Trash can/receptacle in public view on non-trash day | Derek Taylor | Derek Taylor |
| 11/15/2019 0:00 | Courtesy Notice | 11/15/2019 0:00 | 0 | Breedlove | 2205 Real Catorce | Landscape - Tree trimmings/debris must be removed | Derek Taylor | Derek Taylor |
| 11/15/2019 0:00 | 2nd | 11/15/2019 0:00 | 0 | Keller | 2212 Real Catorce | Trash Can - Trash can/receptacle in public view on non-trash day | Derek Taylor | Derek Taylor |
| 12/12/2019 0:00 | Courtesy Notice | 12/5/2019 0:00 | 0 | Date | 2020 Cerca Viejo Way | | | Alice English |
| 12/12/2019 0:00 | Courtesy Notice | 12/5/2019 0:00 | 0 | Blaydon & Cynthia Gorczyca | 2005 Cerca Viejo Way | | Concerned Neighbor | Alice English |
| 12/12/2019 0:00 | Courtesy Notice | 12/5/2019 0:00 | 0 | Gullapalli | 2009 Cerca Viejo Way | | Concerned Neighbor | Alice English |
| 12/12/2019 0:00 | Courtesy Notice | 12/5/2019 0:00 | 0 | Pfluger | 2016 Cerca Viejo Way | | Concerned Neighbor | Alice English |
| 12/12/2019 0:00 | Courtesy Notice | 12/5/2019 0:00 | 0 | Zhou & Fenglin Du | 2105 Real Catorce | | Concerned Neighbor | Alice English |

| Date | Notice Type | Date 2 | | Name | Address | Issue | Reporter | Handler |
|---|---|---|---|---|---|---|---|---|
| 12/12/2019 0:00 | Courtesy Notice | 12/5/2019 0:00 | 0 | Momin | 2201 Real Catorce | | Concerned Neighbor | Alice English |
| 12/12/2019 0:00 | Courtesy Notice | 12/5/2019 0:00 | 0 | Lai | 2204 Real Catorce | | Concerned Neighbor | Alice English |
| 12/13/2019 0:00 | 3rd | 12/13/2019 0:00 | 0 | Keller | 2212 Real Catorce | Trash Can - Trash can/receptacle in public view on non-trash day | Joe Gaines | Joe Gaines |
| 12/13/2019 0:00 | Courtesy Notice | 12/13/2019 0:00 | 0 | Danson | 1800 Randolph Ridge Trail | Parking - Street parking is not permitted | Joe Gaines | Joe Gaines |
| 12/13/2019 0:00 | Courtesy Notice | 12/13/2019 0:00 | 0 | Gullapalli | 2009 Cerca Viejo Way | Parking - Street parking is not permitted | Joe Gaines | Joe Gaines |
| 12/13/2019 0:00 | Courtesy Notice | 12/13/2019 0:00 | 0 | Date | 2020 Cerca Viejo Way | Parking - Street parking is not permitted | Joe Gaines | Joe Gaines |
| 12/13/2019 0:00 | Courtesy Notice | 12/13/2019 0:00 | 0 | Marshall | 2100 Cerca Viejo Way | Parking - Street parking is not permitted | Joe Gaines | Joe Gaines |
| 12/13/2019 0:00 | | 12/13/2019 0:00 | 0 | Mankey | 2104 Cerca Viejo Way | Parking - Street parking is not permitted | Joe Gaines | Joe Gaines |
| 12/13/2019 0:00 | Courtesy Notice | 12/13/2019 0:00 | 0 | Zhou & Fenglin Du | 2105 Real Catorce | Parking - Street parking is not permitted | Joe Gaines | Joe Gaines |
| 12/13/2019 0:00 | Courtesy Notice | 12/13/2019 0:00 | 0 | Lai | 2204 Real Catorce | Parking - Street parking is not permitted | Joe Gaines | Joe Gaines |
| 12/13/2019 0:00 | Courtesy Notice | 12/13/2019 0:00 | 0 | Shang | 2208 Real Catorce | Parking - Street parking is not permitted | Joe Gaines | Joe Gaines |
| 12/13/2019 0:00 | Courtesy Notice | 12/13/2019 0:00 | 0 | Tang & Yingfeng Chen | 1804 Randolph Ridge Trail | Trash Can - Trash can/receptacle in public view on non-trash day | Joe Gaines | Joe Gaines |
| 12/13/2019 0:00 | 3rd | 12/13/2019 0:00 | 0 | McMurry | 1811 Real Catorce | Trash Can - Trash can/receptacle in public view on non-trash day | Joe Gaines | Joe Gaines |
| 12/13/2019 0:00 | 5th | 12/13/2019 0:00 | 0 | Momin | 2201 Real Catorce | Trash Can - Trash can/receptacle in public view on non-trash day | Joe Gaines | Joe Gaines |
| 2/7/2020 0:00 | 2nd | 2/7/2020 0:00 | 0 | Dukes | 2013 Cerca Viejo Way | Parking - Parking in unacceptable location/manner is not permitted. | Joe Gaines | Joe Gaines |
| 2/7/2020 0:00 | 2nd | 2/7/2020 0:00 | 0 | Date | 2020 Cerca Viejo Way | Parking - Parking in unacceptable location/manner is not permitted. | Joe Gaines | Joe Gaines |
| 2/7/2020 0:00 | Courtesy Notice | 2/7/2020 0:00 | 0 | Mankey | 2104 Cerca Viejo Way | Parking - Parking in unacceptable location/manner is not permitted. | Joe Gaines | Joe Gaines |
| 2/7/2020 0:00 | Courtesy Notice | 2/7/2020 0:00 | 0 | Dinsmoor | 2105 Cerca Viejo Way | Parking - Parking in unacceptable location/manner is not permitted. | Joe Gaines | Joe Gaines |
| 2/7/2020 0:00 | Courtesy Notice | 2/7/2020 0:00 | 0 | Stephens | 2200 Real Catorce | Parking - Parking in unacceptable location/manner is not permitted. | Joe Gaines | Joe Gaines |
| 2/7/2020 0:00 | 2nd | 2/7/2020 0:00 | 0 | Momin | 2201 Real Catorce | Parking - Parking in unacceptable location/manner is not permitted. | Joe Gaines | Joe Gaines |
| 3/2/2020 0:00 | Courtesy Notice | 3/1/2020 0:00 | 0 | Zhou & Fenglin Du | 2105 Real Catorce | General - Please note the following issues: | Concerned Neighbor | Alice English |

# Exhibit B – Meeting minutes

# Parkstone Property Owner's Association, Inc

Date: March 3, 2020
Location: Las Cimas Office Park Bldg IV, Suite 125
900 S Capital of Texas Hwy
Austin, TX 78746

## Board Meeting

1. Call to Order: 7:02 pm

    a. Board Members Present: Brian Pye, Chris Copeland, Jason Paull, Wendy Chen
    b. The property manager Alice English in attendance along with Connie, lawyer.
    c. Approved meeting minutes for Dec 4, 2019
    d. Board agreed to approve financials

2. Gate Codes /New Business

    a. Discussed vendor codes with limited access, possible daytime and nighttime codes that changed monthly for security purposes
    b. Possible Individual codes per household was proposed by homeowner
    c. Reports can be used to track excessive use/ violators
    d. Association reserves the right to change codes due to excessive use

3. Street parking enforcement

    a. Leaving the community restarts the clock
    b. Responsibility of homeowners to bring the infraction to the attention of the board or property manager so it can be acted upon when reported.
    c. Suggested homeowners have cameras to use as evidence to prove infractions.
    d. Sober House concerns
    e. Discussed the use of stickers for residents to use on their vehicles, or registering each vehicle with license plate

4. Enforcement Policy amendment(Exhibit A and Exhibit B)
    a. Jason made motion to approve, Chris 2nd the motion and board was all in favor to approve
    b. Chapter 209 letter to be sent to Sober House once amendment is recorded.

    Meeting adjourned at 8:12pm

# Parkstone Property Owner's Association, Inc

Date: September 28, 2020
Zoom meeting
**Board Meeting Minutes**

1. Call to Order

    a. The meeting was called to order at 6:40 pm
    b. Board Members Present: Brian Pye, Chris Copeland, Jason Paull, Wendy Chen, and Steve Marshall
    c. The property manager Alice English is in attendance

2. Approve Previous Meeting Minutes

    a. Meeting minutes for Mar 3, 2020 meeting were approved

3. Financials

    a. 2021 draft budget reviewed. Additional work required to separate and forecast legal fees.

4. Old Business

    a. None

5. New Business

    a. Fine protocol adoption. The board adopted the following resolution as moved by Brian Pye, seconded by Chris Copeland, and unanimously agreed.

    The rules of the association establish a standard fine schedule and allow the board to depart from that schedule by resolution. The standard schedule includes fines increasing incrementally for ongoing violations. The board hereby determines that fines will be capped at $300/violation (with, as stated in the rules, each instance of / day of the violation being a separate violation) and will not be incrementally increased past $300 for ongoing violations without further vote of the board. This cap shall apply to all violations unless otherwise expressly approved by the board.

6. Executive Session
    a. The board discussed delinquencies and violations

7. Meeting adjourned at 7:36 pm

# Exhibit C – 2014 parking violation issues with Zhou

## Carl Gamble

**From:** Deepak Kulkarni <deepak.sujata@gmail.com>
**Sent:** Wednesday, October 01, 2014 11:23 AM
**To:** Parkstone Poa; Carl Gamble; Brian Pye
**Subject:** Cars on the street

Carl,

A couple of residents (including Brian Pye) have complained about this ongoing issue. The new rental residents in the house "2105 Real Catorce Dr" (owners ZHOU LING & FENGLIN DU) park cars on the street always. There are atleast 2 cars on the street at any given time.

Please send them a notification to park cars in their driveway.

Thanks,
Deepak

# Parkstone POA

## c/o Goodwin Management, Inc.
## 11149 Research Blvd. Suite 100, Austin TX 78759-5227

### Office (512) 502-7517

October 1, 2014

UnitKey: 91457
VID: 464884

Ling Zhou and Fenglin Du
2105 Real Catorce
Austin, TX 78746

RE:   1st violation - 2105 Real Catorce
      Violation Date - 9/30/2014; Fine Assessed: $0.00
      Property Inspected by Board of Directors

Dear Homeowner:

As the owner of the above captioned property it is your responsibility to comply with the Conditions, Covenants, and Restrictions (CCR's) and rules and regulations concerning the association. Please accept this letter as a friendly reminder that you are in violation of the CCR's and/or rules and regulations as follows:

   Parking - Excessive parking in street is not allowed.


Comments:   PARK IN YOUR DRIVEWAY AND NOT ON THE HOA'S STREET

The Board, acting on behalf of all the owners, sets the policy to enforce the CCR's and rules and regulations in order to preserve and enhance property values.

Your cooperation in curing any existing violations and preventing future violations is greatly appreciated.

on Behalf of the Board of Directors of Parkstone POA,

*Carl Gamble*

Carl Gamble, Property Manager
direct office line (512) 502-7517
email: Carl.Gamble@goodwintx.com

*The following information is required by law: As the property owner you are entitled to a reasonable period of time to cure this violation if the association has not notified you of the same or a similar violation within the past 6 months in order to avoid any fines or any suspension of your rights as an association member. If this violation, or a similar type of violation, has occurred in the past six months, you may be liable for fines. If a fine has been assessed, it is noted in this letter. You may request a hearing before the Board to discuss and verify facts and resolve the matter in issue. Your written request for a hearing must be submitted within 30 days of your receipt of this letter. Any such hearing will take place within 30 days following the date your request is received by the Board. In the event an attorney is retained to enforce compliance or the collection of any money due to the association, you will be responsible for the payment of attorney's fees and/or costs of collection after the expiration of 30 days of the date you receive this letter if no hearing has been requested, or immediately after any such hearing provided the Board does not waive the fine(s). Owners may have special rights or relief related to the violation under federal law, including the Service Members Civil Relief Act (50 USC app. Section 501 et seq) if a homeowner is on active military duty. Please notify us immediately if you are a Service Member.*

HOA 000194