IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HARMONY HAUS WESTLAKE, L.L.C., et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL NO. 1-20-CV-486-XR |
| PARKSTONE PROPERTY OWNERS ASSOCIATION, INC., | § § § § | |
| Defendant. | § § § | |

**PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE OUT OF TIME**

CAME ON TO BE CONSIDERED Plaintiffs' Motion for Leave to File Out of Time (the "Motion"). Upon consideration of the Motion and any relevant arguments or evidence presented, this Court is of the opinion that the Motion is meritorious and should be GRANTED.

ACCORDINGLY, Plaintiffs' Motion for Leave to File Out of Time is GRANTED. Plaintiffs are hereby permitted to file responses to file their responses to Defendant's Opposed Motion to Strike Dr. Beare (Dkt. No. 40) and Defendant's Motion for Partial Summary Judgment (Dkt. No. 42) on February 16, 2021.

_____
JUDGE PRESIDING