# Exhibit 3 – Proposed Order

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HARMONY HAUS WESTLAKE, L.L.C., et al., | § § § |
| Plaintiffs and Counter-Defendants, | § § § |
| v. | § § CIVIL NO. 1-20-CV-486-XR |
| PARKSTONE PROPERTY OWNERS ASSOCIATION, INC., | § § § § |
| Defendant and Counter-Plaintiff. | § § |

**ORDER ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Came on to be considered Plaintiffs' Motion for Partial Summary Judgment. Having considered the motion, the submissions of the parties, and the other papers on file in this case, the Court finds that the motion should be, in all things, **DENIED**.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** that Plaintiffs' Motion for Partial Summary Judgment is hereby **DENIED** in its entirety.

[*Additional proposed language if the Court believes supplementation is necessary*: Parkstone is granted leave of Court to supplement its disclosures and interrogatory answers on damages to Plaintiffs no later than ten (10) days from when the parties receive notice of this Order].

**SIGNED this _____ day of _____ 2021.**

_____
Honorable Xavier Rodriguez
United States District Judge