UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HARMONY HAUS WESTLAKE, LLC, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> PARKSTONE PROPERTY OWNERS ASSOCIATION, INC. <br><br> *Defendant.* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:20-CV-486-XR |

**ORDER**

On this date, the Court considered the status of this case. On March 3, 2021, the Court administratively closed this case pending resolution of a companion case then before the Fifth Circuit, that could potentially affect the issues in this case. *See* ECF No. 53 (citing No. 1:19-CV-1034-XR (docketed on appeal as Case Number 20-50185 and 20-50208)). On May 18, 2021, the Fifth Circuit Court of Appeals issued a mandate affirming in part and reversing in part the Court's final judgment in the companion case. No. 1:19-CV-1034-XR, ECF No. 37. Accordingly, the Court concludes that this case should be reopened so that Plaintiff's remaining claims against Defendant may proceed in light of the Fifth Circuit's mandate in the companion case.

The Clerk is directed to **RE-OPEN** this case. The parties are **ORDERED** to confer and submit a proposed scheduling order no later than **October 22, 2021**.

SIGNED this 5th day of October, 2021.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE