IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HARMONY HAUS WESTLAKE, L.L.C., et al., | § § § | |
| Plaintiffs and Counter-Defendants, | § § | |
| v. | § § | CIVIL NO. 1-20-CV-486-XR |
| PARKSTONE PROPERTY OWNERS ASSOCIATION, INC., | § § § § | |
| Defendant and Counter-Plaintiff. | § § | |

## NOTICE OF PROPOSED SCHEDULING ORDER

Parkstone Property Owners Association, Inc. files this Notice of Proposed Scheduling Order and in support thereof would respectfully show the following:

The Court ordered the Parties to submit a proposed scheduling order. The parties were able to mutually agree on most of the scheduling dates except for one or two issues. The remaining areas in dispute are set forth with a brief description on the jointly submitted scheduling order attached to this Notice.

WHEREFORE, the parties pray the Court enter a new scheduling order in this matter and for such other and further relief, either at law or in equity, to which the parties may be justly entitled.

Respectfully submitted,

NIEMANN & HEYER, LLP
Westgate Building, Suite 313
1122 Colorado Street
Austin, Texas 78701
Telephone: (512) 474-6901
Fax: (512) 474-0717

/s/ Eric J. Hansum
Eric J. Hansum, Of Counsel
Texas State Bar No.:  24027225
erichansum@niemannlaw.com

**ATTORNEYS FOR THE PARKSTONE PROPERTY OWNERS ASSOCIATION, INC.**

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Plaintiffs on this Notice.

*/s/ Eric J. Hansum*
Eric J. Hansum

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that on this 22nd day of October 2021, I electronically filed this document with the Clerk of the Court by using the CM/ECF System, which will send a notice of electronic filing to all counsel of record as follows:

*ATTORNEY FOR PLAINTIFFS*

Mark Whitburn
Whitburn & Pevsner, PLLC
2000 E. Lamar Blvd., Suite 600
Arlington, Texas 76006
(817) 653-4547
mwhitburn@whitburnpevsner.com

*/s/ Eric J. Hansum*
Eric J. Hansum

2