# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| HARMONY HAUS WESTLAKE, LLC, <br> LING ZHOU, FENGLIN DU, <br> *Plaintiffs* <br><br> -vs- <br><br> PARKSTONE PROPERTY OWNERS <br> ASSOCIATION, INC., <br> *Defendant* | § § § § § § § § § § | A-20-CV-00486-XR |

## ORDER

The mediator has informed the Court that the parties have reached a settlement in this matter. ECF No. 58. To ensure that this cause does not remain on the Court's docket in the absence of a live controversy, the Court vacates all remaining deadlines and settings, and **ORDERS** the parties to submit a stipulation of dismissal or an agreed judgment and any appropriate supporting documents on or before **March 18, 2021**. *See* FED. R. CIV. P. 41. Should the parties be unable to finalize the settlement and submit appropriate documents by that date, they must request an extension of time to do so.

It is so **ORDERED**.

SIGNED this 22nd day of February, 2022.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE